Report generated by **gusto**

# Payroll Journal Report

Date Range: 07/01/2023 - 12/31/2023   Report Created On: 01/03/2024

Stobbs Development LLC DBA Sweet Notes
46824 NC Hwy 12
PO Box 633
Buxton, NC 27920

## Employee Earnings

**Payroll period: 06/19/2023 - 07/02/2023 Pay day: 07/07/2023**

| Employee Name | Earnings | | | | | Employee Taxes | Employer Taxes | Net Pay |
|---|---|---|---|---|---|---|---|---|
| | Description | Hours | Rate | Total | | | | |
| Handlow, Laura | Regular | 80.00 | $21.63 | $1,730.77 | | $424.34 | $153.53 | $1,306.43 |
| | Gross | -- | -- | $1,730.77 | | | | |

**Payroll period: 07/03/2023 - 07/16/2023 Pay day: 07/21/2023**

| Employee Name | Earnings | | | | | Employee Taxes | Employer Taxes | Net Pay |
|---|---|---|---|---|---|---|---|---|
| | Description | Hours | Rate | Total | | | | |
| Handlow, Laura | Regular | 80.00 | $21.63 | $1,730.77 | | $424.33 | $153.52 | $1,306.44 |
| | Gross | -- | -- | $1,730.77 | | | | |

**Payroll period: 07/17/2023 - 07/30/2023 Pay day: 08/04/2023**

| Employee Name | Earnings | | | | | Employee Taxes | Employer Taxes | Net Pay |
|---|---|---|---|---|---|---|---|---|
| | Description | Hours | Rate | Total | | | | |
| Handlow, Laura | Regular | 80.00 | $21.63 | $1,730.77 | | $424.34 | $153.53 | $1,306.43 |
| Meekins, Michelle | Regular | 38.00 | $15.00 | $570.00 | | $43.61 | $53.98 | $526.39 |
| Payroll Totals | Regular | 118.00 | $19.50 | $2,300.77 | | $467.95 | $207.51 | $1,832.82 |
| | Gross | -- | -- | $2,300.77 | | | | |

**Payroll period: 02/21/2022 - 02/21/2022 Pay day: 08/16/2023**

| Employee Name | Earnings | | | | | Employee Taxes | Employer Taxes | Net Pay |
|---|---|---|---|---|---|---|---|---|
| | Description | Hours | Rate | Total | | | | |
| Handlow, Laura | Gross | -- | -- | $0.00 | | $0.00 | $0.00 | $0.00 |

**Payroll period: 07/31/2023 - 08/13/2023 Pay day: 08/18/2023**

| Employee Name | Earnings | | | | | Employee Taxes | Employer Taxes | Net Pay |
|---|---|---|---|---|---|---|---|---|
| | Description | Hours | Rate | Total | | | | |
| Handlow, Laura | Regular | 80.00 | $21.63 | $1,730.77 | | $424.32 | $153.51 | $1,306.45 |
| | Gross | -- | -- | $1,730.77 | | | | |

**Payroll period: 08/14/2023 - 08/27/2023 Pay day: 09/01/2023**

| Employee Name | Earnings | | | | Employee Taxes | Employer Taxes | Net Pay |
|---|---|---|---|---|---|---|---|
| | Description | Hours | Rate | Total | | | |
| Handlow, Laura | Regular | 80.00 | $21.63 | $1,730.77 | $424.34 | $153.53 | $1,306.43 |
| | Gross | — | — | $1,730.77 | | | |

**Payroll period: 08/28/2023 - 09/10/2023 Pay day: 09/15/2023**

| Employee Name | Earnings | | | | Employee Taxes | Employer Taxes | Net Pay |
|---|---|---|---|---|---|---|---|
| | Description | Hours | Rate | Total | | | |
| Handlow, Laura | Regular | 80.00 | $21.63 | $1,730.77 | $424.34 | $153.53 | $1,306.43 |
| | Gross | — | — | $1,730.77 | | | |

**Payroll period: 09/11/2023 - 09/24/2023 Pay day: 09/29/2023**

| Employee Name | Earnings | | | | Employee Taxes | Employer Taxes | Net Pay |
|---|---|---|---|---|---|---|---|
| | Description | Hours | Rate | Total | | | |
| Handlow, Laura | Regular | 80.00 | $21.63 | $1,730.77 | $424.33 | $153.52 | $1,306.44 |
| | Gross | — | — | $1,730.77 | | | |

**Payroll period: 09/25/2023 - 10/08/2023 Pay day: 10/13/2023**

| Employee Name | Earnings | | | | Employee Taxes | Employer Taxes | Net Pay |
|---|---|---|---|---|---|---|---|
| | Description | Hours | Rate | Total | | | |
| Handlow, Laura | Regular | 80.00 | $21.63 | $1,730.77 | $424.33 | $153.52 | $1,306.44 |
| | Gross | — | — | $1,730.77 | | | |

**Payroll period: 10/09/2023 - 10/22/2023 Pay day: 10/27/2023**

| Employee Name | Earnings | | | | Employee Taxes | Employer Taxes | Net Pay |
|---|---|---|---|---|---|---|---|
| | Description | Hours | Rate | Total | | | |
| Handlow, Laura | — | — | — | $0.00 | $0.00 | $0.00 | $0.00 |

**Payroll period: 10/23/2023 - 11/05/2023 Pay day: 11/10/2023**

| Employee Name | Earnings | | | | Employee Taxes | Employer Taxes | Net Pay |
|---|---|---|---|---|---|---|---|
| | Description | Hours | Rate | Total | | | |
| Handlow, Laura | — | — | — | $0.00 | $0.00 | $0.00 | $0.00 |

**Payroll period: 11/06/2023 - 11/19/2023 Pay day: 11/24/2023**

| Employee Name | Earnings | | | | Employee Taxes | Employer Taxes | Net Pay |
|---|---|---|---|---|---|---|---|
| | Description | Hours | Rate | Total | | | |
| Handlow, Laura | Gross | — | — | $0.00 | $0.00 | $0.00 | $0.00 |

Payroll period: 11/20/2023 - 12/03/2023 Pay day: 12/08/2023

| Employee Name | Earnings | | | | Employee Taxes | Employer Taxes | Net Pay |
|---|---|---|---|---|---|---|---|
| | Description | Hours | Rate | Total | | | |
| Handlow, Laura | Gross | — | — | $0.00 | $0.00 | $0.00 | $0.00 |

Payroll period: 12/04/2023 - 12/17/2023 Pay day: 12/22/2023

| Employee Name | Earnings | | | | Employee Taxes | Employer Taxes | Net Pay |
|---|---|---|---|---|---|---|---|
| | Description | Hours | Rate | Total | | | |
| Handlow, Laura | Gross | — | — | $0.00 | $0.00 | $0.00 | $0.00 |