**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| ROBERT U. HANDLOW, JR., | ) Bankruptcy No.24-20004 CMB |
|  | ) |
| Debtor. | ) Chapter 13 |
| ROBERT U. HANDLOW, JR., | ) |
|  | ) |
| Movant, | ) Docket No. 19 |
| vs. | ) Related to Docket No.1 |
|  | ) |
| NO RESPONDENTS. | ) Hearing Date & Time: |

**Proof of Income**

    Robert U. Handlow Jr. Is self-employed and does not receive a pay check.  Mr. Handlow Does not always take money from his company so it is difficult to determine how much he actually makes.  In 2023 he received $38,000.00 in funds from his company or approximately $3,166.67 per month..

                                          Respectfully submitted,

                                          <u>/s/ Rodney D. Shepherd</u>
                                          Rodney D. Shepherd
                                          Debtor's attorney