IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>Robert U. Handlow, Jr.,<br>Debtor | ) Bankruptcy Case No. 24-20004-CMB<br>) Chapter 13<br>)<br>)<br>)<br>) |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

TO:   Clerk of Courts

Please enter our appearance on behalf of Pine-Richland School District in the above captioned matter. We request copies of further Notices and Orders in accord with the attached Declaration.

Please enter the address below as the mailing address for this creditor. All notices should be mailed to the following address:

**Pine-Richland School District**
**GRB Law**
**Joseph J. Perotti, Jr., Esquire**
**525 William Penn Place**
**Suite 3110**
**Pittsburgh, PA 15219**

Executed on:

February 12, 2024

                                              GRB Law,

By:   /s/ Joseph J. Perotti, Jr.
        Joseph J. Perotti, Jr., Esquire
        Pa I.D. No. 313909
        525 William Penn Place
        Suite 3110
        Pittsburgh, PA 15219
        412-281-0587
        jperotti@grblaw.com
        Attorney for Movant

2203573.2

<u>DECLARATION IN LIEU OF AFFIDAVIT</u>

Regarding Request to Be Added to the Mailing Matrix

I am the Attorney for Pine-Richland School District, a creditor in the above captioned bankruptcy case, and I am authorized by this creditor to make the accompanying request for notices. The **new address shown on the preceding page** should be used instead of the existing address, and added to the matrix. I have reviewed the mailing matrix on file in this case and I hereby certify that the request for notices being filed herewith replaces the creditor's address listed on the matrix, supersedes and cancels all prior requests for notice by the within named creditor, and:

(X)    That there are no other requests to receive notices on behalf of this creditor, or

(  )    that any prior request(s) for notice by or on behalf of this creditor shall be deleted from the matrix:

I declare under penalty of perjury that the foregoing is true and correct.

<u>Executed on: February 12, 2024.</u>

                GRB Law,

By:    <u>/s/ Joseph J. Perotti, Jr.</u>
          Joseph J. Perotti, Jr., Esquire
          Pa I.D. No. 313909
          525 William Penn Place
          Suite 3110
          Pittsburgh, PA 15219
          412-281-0587
          jperotti@grblaw.com
          Attorney for Movant