Form RSC13

# United States Bankruptcy Court

## WESTERN DISTRICT OF PENNSYLVANIA

**ORDER AND RESCHEDULED MEETING NOTICE**
NOTICE COMMENCEMENT OF CASE UNDER CHAPTER 13
OF THE BANKRUPTCY CODE
MEETING OF CREDITORS, AND FIXING OF DATES

**Case No. 24−20004−CMB**

In re: Debtor(s) (name(s) used by the debtor(s) in the last 6 years, including married, maiden, trade, and address):
   Robert U. Handlow Jr.
   415 Shingiss Street
   Mc Kees Rocks, PA 15136

Social Security No.:
   xxx−xx−0217

Employer's Tax I.D. No.:

| NAME/ADDRESS OF ATTORNEY FOR DEBTOR | NAME/ADDRESS OF TRUSTEE |
|---|---|
| Rodney D. Shepherd<br>River Park Commons<br>2403 Sidney Street, Suite 208<br>Pittsburgh, PA 15203<br>Telephone number: 412−471−9670 | Ronda J. Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219<br>Telephone number: 412−471−5566 |
| DATE/TIME/LOCATION OF MEETING OF CREDITORS<br>April 29, 2024<br>09:00 AM<br>Zoom video meeting. Go to Zoom.us/join, Enter Meeting ID 984 369 3045, and Passcode 6747057013, call 1−412−532−8861 | CONFIRMATION HEARING DATE/TIME/LOC<br>April 29, 2024<br>09:00 AM<br><br>Same location as<br>Meeting of Creditors |

**ON AFFIDAVIT OF DEFAULT BY TRUSTEE, FAILURE OF THE DEBTOR(S) TO APPEAR AT THE MEETING OF CREDITORS WILL RESULT IN DISMISSAL OF THE CASE WITHOUT FURTHER NOTICE OR HEARING.**

Dated: 3/4/24

BY THE COURT

Carlota M Bohm
Bankruptcy Judge

United States Bankruptcy Court

Western District of Pennsylvania

In re:  Case No. 24-20004-CMB
Robert U. Handlow, Jr.  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: auto      Page 1 of 3
Date Rcvd: Mar 04, 2024      Form ID: rsc13      Total Noticed: 21

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 06, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Robert U. Handlow, Jr., 415 Shingiss Street, Mc Kees Rocks, PA 15136-2782 |
| cr | + | BOROUGH OF MCKEES ROCKS AND STO-ROX SD, c/o Joseph J. Perotti, Jr., Esquire, 525 William Penn Place, Suite 3110, Pittsburgh, PA 15219 UNITED STATES 15219-1753 |
| cr | + | Pine-Richland School District, c/o Joseph J. Perotti, Jr., Esquire, 525 William Penn Place, Suite 3110, Pittsburgh, PA 15219 UNITED STATES 15219-1753 |
| cr | + | Richland Township, c/o Joseph J. Perotti, Jr., Esquire, 525 William Penn Place, Suite 3110, Pittsburgh, PA 15219 UNITED STATES 15219-1753 |
| cr | + | Sto-Rox School District, c/o Jeffrey R. Hunt, Esquire, 525 William Penn Place, Suite 3110, Pittsburgh, PA 15219 UNITED STATES 15219-1753 |
| cr | + | Township of Kennedy, c/o Joseph J. Perotti, Jr., Esquire, 525 William Penn Place, Suite 3110, Pittsburgh, PA 15219 UNITED STATES 15219-1753 |
| 15684164 | + | Boro of Mckees Rocks/Sto-Rox School District, GRB Law, c/o Joseph J. Perotti, Jr., Esquire, 525 William Penn Place, Suite 3110, Pittsburgh, PA 15219-1753 |
| 15684076 | + | Pine-Richland School District, GRB Law, c/o Joseph J. Perotti, Jr., Esquire, 525 William Penn Place, Suite 3110, Pittsburgh, PA 15219-1753 |
| 15684077 | + | Richland Township, GRB Law, c/o Joseph J. Perotti, Jr., Esquire, 525 William Penn Place, Suite 3110, Pittsburgh, PA 15219-1753 |
| 15686015 | + | Sto-Rox School District, GRB Law, c/o Jeffrey R. Hunt, Esquire, 525 William Penn Place, Suite 3110, Pittsburgh, PA 15219-1753 |
| 15684169 | + | Sto-Rox School District, GRB Law, c/o Joseph J. Perotti, Jr., Esquire, 525 William Penn Place, Suite 3110, Pittsburgh, PA 15219-1753 |
| 15684184 | + | Township of Kennedy, GRB Law, c/o Joseph J. Perotti, Jr., Esquire, 525 William Penn Place, Suite 3110, Pittsburgh, PA 15219-1753 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 04 2024 23:52:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 04 2024 23:52:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | + | Email/Text: ebnjts@grblaw.com | Mar 04 2024 23:52:00 | County Of Allegheny, c/o Joseph J. Perotti, Jr., Esquire, 525 William Penn Place, Suite 3110, Pittsburgh, PA 15219, UNITED STATES 15219-1753 |
| cr | + | Email/Text: jdryer@bernsteinlaw.com | Mar 04 2024 23:52:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 601 Grant Street, 9th Floor, Pittsburgh, PA 15219-4430 |
| 15684166 | + | Email/Text: ebnjts@grblaw.com | Mar 04 2024 23:52:00 | Borough of McKees Rocks, GRB Law, c/o Joseph J. Perotti, Jr., Esquire, 525 William Penn Place, Suite 3110, Pittsburgh, PA 15219-1753 |
| 15671461 | | Email/Text: BKBCNMAIL@carringtonms.com | Mar 04 2024 23:52:00 | Carrington Mortgage Services, P.O. Box 3010, Anaheim, CA 92803 |
| 15684185 | + | Email/Text: ebnjts@grblaw.com | Mar 04 2024 23:52:00 | County of Allegheny, GRB Law, c/o Joseph J. Perotti, Jr., Esquire, 525 William Penn Place, Suite |

Case 24-20004-CMB    Doc 32    Filed 03/06/24    Entered 03/07/24 00:28:23    Desc Imaged
Certificate of Notice    Page 3 of 4

| District/off: 0315-2 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Mar 04, 2024 | Form ID: rsc13 | Total Noticed: 21 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 15671462 | ^ | MEBN | Mar 04 2024 23:51:08 | 3110, Pittsburgh, PA 15219-1753<br>Wells Fargo Bank, c/o KML Law Group, P.C., Suite 5000, 701 Market Street, Philadelphia, PA 19106-1541 |
| 15679091 | + | Email/Text: BKBCNMAIL@carringtonms.com | Mar 04 2024 23:52:00 | Wells Fargo Bank N.A., at. el, c/o Carrington Mortgage Services, LLC, 1600 South Douglass Road, Anaheim, CA 92806-5948 |

TOTAL: 9

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Wells Fargo Bank N.A., as Trustee for Carrington M |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| Date: Mar 06, 2024 | Signature: | /s/Gustava Winters |
|---|---|---|

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 4, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise Carlon | on behalf of Creditor Wells Fargo Bank N.A.  as Trustee for Carrington Mortgage Loan Trust Series 2006-NC3 Asset-Backed Pass-Through Certificates dcarlon@kmllawgroup.com |
| Jeffrey Hunt | on behalf of Creditor Sto-Rox School District jhunt@grblaw.com  skrizanic@grblaw.com;ecfweiss@grblaw.com |
| Joseph James Perotti, Jr | on behalf of Creditor Township of Kennedy jperotti@grblaw.com  KNicely@grblaw.com |
| Joseph James Perotti, Jr | on behalf of Creditor Pine-Richland School District jperotti@grblaw.com  KNicely@grblaw.com |
| Joseph James Perotti, Jr | on behalf of Creditor Richland Township jperotti@grblaw.com  KNicely@grblaw.com |
| Joseph James Perotti, Jr | on behalf of Creditor BOROUGH OF MCKEES ROCKS AND STO-ROX SD jperotti@grblaw.com  KNicely@grblaw.com |
| Joseph James Perotti, Jr | on behalf of Creditor County Of Allegheny jperotti@grblaw.com  KNicely@grblaw.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com  btemple@bernsteinlaw.com;jdryer@bernsteinlaw.com;kebeck@ecf.courtdrive.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |

District/off: 0315-2 | User: auto | Page 3 of 3
Date Rcvd: Mar 04, 2024 | Form ID: rsc13 | Total Noticed: 21

Rodney D. Shepherd
    on behalf of Debtor Robert U. Handlow Jr. rodsheph@cs.com

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

TOTAL: 11