UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE | ) | Case No. 24-20004 CMB |
|     ROBERT U. HANDLOW, JR., | ) | |
| | ) | Chapter 13 |
|         Debtor. | ) | |
| | ) | Docket No. 34 |
| ROBERT U. HANDLOW, JR., | ) | Related to Docket No. 1, 33 |
| | ) | |
|         Movant, | ) | Claim No. 1 |
| | ) | |
|         vs. | ) | Hearing Date & Time: May 21, 2024 at 1:30 p.m. |
| | ) | |
| WELLS FARGO BANK, N.A., | ) | |
| | ) | |
|         Respondent. | ) | |

**NOTICE OF ZOOM HEARING AND RESPONSE DEADLINE REGARDING THE OBJECTION TO PROOF OF CLAIM**

TO THE RESPONDENT(s):

    You are notified that the above Movant seeks an order affecting your rights or property.

    You are further notified to serve with the Clerk and serve upon the undersigned attorney for Movant a response to the Motion no later than April 28, 2024 (i.e., thirty-three (33) days after the date of service below), in accordance with the Federal Rules of Bankruptcy Procedure, the Local Rules of this Court, and the general procedures of Judge Bohm as found on her Procedures webpage at http://www.pawb.uscourts.gov/procedures-1.  If you fail to timely file and serve a written response, an order granting the relief requested in the Motion may be entered and the hearing may not be held.  Please refer to the calendar posted on the Court's webpage to verify if a default order was signed or if the hearing will go forward as scheduled.

    You should take this Notice and Motion to a lawyer at once.

    A hearing will be held on May 21, 2024 at 1:30 p.m. before Judge Carlota M. Bohm in Courtroom B, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219.  Unless otherwise ordered, parties may also appear for non-evidentiary matters remotely by utilizing the Zoom video conference platform ("Zoom"). To participate in the hearing via Zoom, use the following link at least (10) minutes prior to your scheduled hearing time: https://www.zoomgov.com/j/16143800191.  Alternatively, connect with Zoom by using the following Meeting I.D. 161 4380 0191.  ALL HEARING PARTICIPANTS ARE REQUIRED TO REVIEW AND COMPLY WITH ZOOM PROCEDURES, which can be found at: https://www.pawb.uscourts.gov/sites/default/files/pdfs/cmb-proc-videohrg.pdf.  For questions

regarding Zoom connection, contact Judge Bohm's Chambers at 412-644-4328.  Only a limited time of ten (10) minutes is being provided on the calendar.  No witnesses will be heard.  If an evidentiary hearing is required, it will be scheduled by the Court for a later date.

Date of service:   March 26, 2024; service by electronic filing.

|  |  |
|---|---|
| By: | /s/ Rodney D. Shepherd |
|  | Rodney D. Shepherd, Esquire |
|  | Attorney for Movant/Applicant |
|  | PA I.D. No. 56914 |
|  | rodsheph@cs.com |
|  |  |
|  | 2403 Sidney Street |
|  | Suite 208 |
|  | Pittsburgh, PA  15203 |
|  | (412) 471-9670 |