**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | ) Bankr. No. 24-20004 CMB |
| ROBERT U. HANDLOW, JR., | ) |
| | ) Chapter 13 |
| Debtor. | ) |
| | ) Docket No. 44 |
| WELLS FARGO BANK, | ) Related to Docket No. |
| | ) |
| Movant, | ) Hearing Date & Time: |
| | ) |
| vs. | ) Claim No. 1 |
| | ) |
| ROBERT U. HANDLOW, JR. | ) |
| AND RONDA J. WINNECOUR, | ) |
| CHAPTER 13 TRUSTEE, | ) |
| Respondents. | ) |

**DECLARATION OF NOTICE OF POSTPETITION MORTGAGE FEES,**
**EXPENSES AND CHARGES**

And Now, comes the Debtor, Robert U. Handlow, by and through his attorney, who respectfully represents the following:

1. On or about January 2, 2024, Debtor filed for protection under Chapter 13 of the U.S. Bankruptcy Code.

2. This Notice is being filed to notify the Chapter 13 Trustee of a Notice of Postpetition Mortgage Fees, Expenses, and Charges.

3. Wells Fargo Bank has filed a Notice of Postpetition Mortgage Fees, Expenses, and Charges on June 18, 2024.  On 1/123/2024, attorney fees were incurred in the amount of **450.00**.

WHEREFORE, the Debtor request that this Honorable Court permit the Chapter 13 Trustee to make the necessary adjustments to reflect the postpetition mortgage fees, expenses, and charges starting with the June 2024 distribution.

Respectfully submitted.

Date: 6/25/2024

/s/ Rodney D. Shepherd
Rodney D. Shepherd, Esquire
Attorney for the Debtor
PA I.D. No. 56914
2403 Sidney Street, Suite 208
Pittsburgh, PA 15203
(412) 471-9670
rodsheph@cs.com

## CERTIFICATE OF SERVICE

      I, Rodney D. Shepherd, attorney for the Debtor, hereby certifies that a true and correct copy of the Notice of Postpetition Mortgage Fees, Expenses, and Charges was served on the 25th day of June, 2024, by electronic filing, upon the following:

| | |
|---|---|
| Ronda J. Winnecour, Esquire | Wells Fargo Bank |
| Chapter 13 Trustee | c/o Denise Carlon, Esquire |
| cmecf@chapter13trusteewdpa.com | dcarlon@kmllawgroup.com |

By: /s/ Rodney D. Shepherd
    Rodney D. Shepherd
    Attorney for the Debtor
    PA I.D. No. 56914
    rodsheph@cs.com
    2403 Sidney Street
    Suite 208
    Pittsburgh, PA 15203
    412 471-9670