**Date: 07/11/2024 01:30 pm**

In re: Robert U. Handlow, Jr.

        **Bankruptcy No. 24-20004-CMB**
        **Chapter: 13**
        **Doc. #33**

**Appearances:** Ronda Winnecour, Rodney D. Shepherd, Brent J. Lemon

**Nature of Proceeding:** #33 Objection to Proof of Claim No. 1 of Wells Fargo Bank, N.A.

**Outcome:** Hearing held. Matter continued to August 13, 2024, at 1:30 PM. Parties are going to try and reduce more costs.

        **Carlota Böhm**
        **U.S. Bankruptcy Judge**

        FILED
        7/12/24 9:01 am
        CLERK
        U.S. BANKRUPTCY
        COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 24-20004-CMB |
| Robert U. Handlow, Jr. | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Jul 12, 2024 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 14, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Robert U. Handlow, Jr., 415 Shingiss Street, Mc Kees Rocks, PA 15136-2782 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Jul 14, 2024 | Signature: | /s/Gustava Winters |

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 12, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brent J. Lemon | on behalf of Creditor Wells Fargo Bank N.A.  as Trustee for Carrington Mortgage Loan Trust Series 2006-NC3 Asset-Backed Pass-Through Certificates blemon@kmllawgroup.com, lemondropper75@hotmail.com |
| Denise Carlon | on behalf of Creditor Wells Fargo Bank N.A.  as Trustee for Carrington Mortgage Loan Trust Series 2006-NC3 Asset-Backed Pass-Through Certificates dcarlon@kmllawgroup.com |
| Jeffrey Hunt | on behalf of Creditor Sto-Rox School District jhunt@grblaw.com  skrizanic@grblaw.com;ecfweiss@grblaw.com |
| Joseph James Perotti, Jr | on behalf of Creditor BOROUGH OF MCKEES ROCKS AND STO-ROX SD jperotti@grblaw.com  KNicely@grblaw.com |
| Joseph James Perotti, Jr | on behalf of Creditor County Of Allegheny jperotti@grblaw.com  KNicely@grblaw.com |
| Joseph James Perotti, Jr | |

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 2 of 2 |
| Date Rcvd: Jul 12, 2024 | Form ID: pdf900 | Total Noticed: 1 |

on behalf of Creditor Township of Kennedy jperotti@grblaw.com  KNicely@grblaw.com

Joseph James Perotti, Jr
    on behalf of Creditor Pine-Richland School District jperotti@grblaw.com  KNicely@grblaw.com

Joseph James Perotti, Jr
    on behalf of Creditor Richland Township jperotti@grblaw.com  KNicely@grblaw.com

Keri P. Ebeck
    on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com
    btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Rodney D. Shepherd
    on behalf of Debtor Robert U. Handlow Jr. rodsheph@cs.com

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

TOTAL: 12