**PROCEEDING MEMO**

**Date: 08/13/2024 01:30 pm**

**In re:** Robert U. Handlow, Jr.

**Bankruptcy No. 24-20004-CMB**
**Chapter: 13**
**Doc. #33**

**Appearances:** James Warmbrodt, Rodney D. Shepherd, Brent J. Lemon

**Nature of Proceeding:** #33 Continued Objection to Proof of Claim No. 1 of Wells Fargo Bank, N.A.

**Additional Pleadings:** #35 Response by Wells Fargo Bank, N.A. (filed previously)

**Notes:**
(1:56pm)
Matter resolved due to filing of Amended Proof of Claim.

**Carlota Böhm**
**U.S. Bankruptcy Judge**

FILED
8/14/24 9:04 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA