**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | ) Bankr. No. 24-20004 CMB |
|    ROBERT U. HANDLOW, JR., | ) |
| | ) Chapter 13 |
|        Debtor. | ) |
| | ) Docket No. 48 |
| WELLS FARGO, | ) Related to Docket No. |
| | ) |
|        Movant, | ) Hearing Date & Time: |
| | ) |
|        vs. | ) Claim No. 1 |
| | ) |
|  ROBERT U. HANDLOW, JR. | ) |
|  AND RONDA J. WINNECOUR, | ) |
|  CHAPTER 13 TRUSTEE, | ) |
| | ) |
|        Respondents. | ) |

**DECLARATION OF MORTGAGE PAYMENT CHANGE**

    And Now, comes the Debtor, Robert U. Handlow, Jr., by and through his attorney, who respectfully represents the following:

    1. On or about January 2, 2024, Debtor filed for protection under Chapter 13 of the U.S. Bankruptcy Code.

    2. This Notice is being filed to notify the Chapter 13 Trustee of the change in mortgage payment amount.

    3. Wells Fargo filed a Notice of Mortgage Payment Change.

    (a) The monthly mortgage payment of **$1,161.30** is being **decreased** to **$1,128.19** effective **12/1/2024.**

    4. The Chapter 13 Plan is sufficient to fund the mortgage payment change.

WHEREFORE, the Debtor requests that this Honorable Court permit the Chapter 13 Trustee to immediately make the monthly mortgage payment with the next distribution in the effective amount.

                                                    Respectfully submitted.

Date: 10/24/2024                              /s/ Rodney D. Shepherd
                                                Rodney D. Shepherd, Esquire
                                                Attorney for the Debtors
                                                PA I.D. No. 56914
                                                2403 Sidney Street, Suite 208
                                                Pittsburgh, PA 15203
                                                (412) 471-9670
                                                rodsheph@cs.com

## CERTIFICATE OF SERVICE

      I, Rodney D. Shepherd, attorney for the Debtor, hereby certifies that a true and correct copy of the Declaration of Mortgage Payment Change was served on the 24th day of October, 2024, by Electronic Filing and U.S. Mail, first class, upon the following:

| | |
|---|---|
| Ronda J. Winnecour, Esquire<br>Chapter 13 Trustee<br>cmecf@chapter13trusteewdpa.com | Wells Fargo<br>Attn: Brent Lemon, Esquire<br>blemon@kmllawgroup.com |

                                                  By: /s/ Rodney D. Shepherd
                                                       Rodney D. Shepherd
                                                       Attorney for the Debtor
                                                       PA I.D. No. 56914
                                                       rodsheph@cs.com
                                                       2403 Sidney Street
                                                       Suite 208
                                                       Pittsburgh, PA 15203
                                                       412 471-9670