**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>ROBERT U. HANDLOW, JR.<br><br>　　　　　Debtor(s)<br>RONDA J. WINNECOUR,<br>Standing Chapter 13 Trustee,<br><br>　　　　　Movant<br>　　vs.<br>MCKEES ROCKS BOROUGH (RE)<br><br>　　　　　Respondents | Case No. 24-20004CMB<br><br>Chapter 13<br><br>Document No __ |

## NOTICE OF FUNDS ON RESERVE

　The Movant, Ronda J. Winnecour, Chapter 13 Standing Trustee, gives notice to the above named Respondent that she has placed the Respondent-creditor's claim (identified below) on reserve, pursuant to W. PA. LBR 3002-3(f)(2), for the following reason:

　　CREDITOR HAS FAILED TO CASH TRUSTEE DISBURSEMENT CHECKS
　　REPEATEDLY.  NO EXPLANATION HAS BEEN PROVIDED.  CLAIM HAS NOT
　　BEEN WITHDRAWN.

| | |
|---|---|
| MCKEES ROCKS BOROUGH (RE)<br>C/O JORDAN TAX SVC - DLNQ CLCTR<br>102 RAHWAY RD<br>MCMURRAY, PA 15317 | Court claim# 5/Trustee CID# 13 |

The Movant further certifies that on 03/21/2025 , copies of this notice were served on the parties required to be served pursuant to W.PA.LBR 3002-3(g).

| | |
|---|---|
| cc:  debtor(s)<br>　　original creditor<br>　　putative creditor<br>　　counsel for debtor(s)<br>　　counsel for the creditor(s) (if known) | /s/ Ronda J. Winnecour<br>RONDA J WINNECOUR PA ID #30399<br>CHAPTER 13 TRUSTEE WD PA<br>600 GRANT STREET<br>SUITE 3250 US STEEL TWR<br>PITTSBURGH, PA  15219<br>(412) 471-5566<br>cmecf@chapter13trusteewdpa.com |

| | |
|---|---|
| DEBTOR(S):<br>ROBERT U. HANDLOW, JR., 415 SHINGISS STREET, MC KEES ROCKS, PA  15136 | DEBTOR'S COUNSEL:<br>RODNEY D SHEPHERD ESQ, 2030 STILLWATER LANE, MCDONALD, PA  15057 |
| ORIGINAL CREDITOR'S COUNSEL:<br>GRB LAW, 525 WILLIAM PENN PLACE STE 3110, PITTSBURGH, PA  15219 | ORIGINAL CREDITOR:<br>MCKEES ROCKS BOROUGH (RE), C/O JORDAN TAX SVC - DLNQ CLCTR, 102 RAHWAY RD, MCMURRAY, PA  15317 |
| NEW CREDITOR: | |