# UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | ) Bankr. No. 24-20004 CMB |
| ROBERT U. HANDLOW, JR., | ) |
| | ) Chapter 13 |
| Debtor. | ) |
| | ) Docket No. 62 |
| WELLS FARGO BANK, | ) Related to Docket No. |
| | ) |
| Movant, | ) Hearing Date & Time: |
| | ) |
| vs. | ) Claim No. 1 |
| | ) |
| ROBERT U. HANDLOW, JR. | ) |
| AND RONDA J. WINNECOUR, | ) |
| CHAPTER 13 TRUSTEE, | ) |
| | ) |
| Respondents. | ) |

## DECLARATION OF MORTGAGE PAYMENT CHANGE

And Now, comes the Debtor, Robert U. Handlow, Jr. by and through his attorney, who respectfully represents the following:

1. On or about January 2, 2024, Debtor filed for protection under Chapter 13 of the U.S. Bankruptcy Code.

2. This Notice is being filed to notify the Chapter 13 Trustee of the change in mortgage payment amount.

3. Wells Fargo Bank filed a Notice of Mortgage Payment Change

   (a) The monthly mortgage payment of **$732.79** is being **decrease**d **$732.79** effective **6/1/2025.**

4. The Chapter 13 Plan is sufficient to fund the mortgage payment change.

WHEREFORE, the Debtor requests that this Honorable Court permit the Chapter 13 Trustee to immediately make the monthly mortgage payment with the next distribution in the effective amount.

                                      Respectfully submitted.

Date: 5/11/2025                        /s/ Rodney D. Shepherd
                                            Rodney D. Shepherd, Esquire
                                            Attorney for the Debtor
                                            PA I.D. No. 56914
                                            2403 Sidney Street, Suite 208
                                            Pittsburgh, PA 15203
                                            (412) 471-9670
                                            rodsheph@cs.com

## CERTIFICATE OF SERVICE

      I, Rodney D. Shepherd, attorney for the Debtor, hereby certifies that a true and correct copy of the Declaration of Mortgage Payment Change was served on the 11th day of May, 2025, by Electronic Filing and U.S. Mail, first class, upon the following:

| | |
|---|---|
| Ronda J. Winnecour, Esquire | Wells Fargo |
| Chapter 13 Trustee | Attn: Denise Carlon, Esquire |
| cmecf@chapter13trusteewdpa.com | dcarlon@kmllawgroup.com |

      By: /s/ Rodney D. Shepherd
          Rodney D. Shepherd
          Attorney for the Debtor
          PA I.D. No. 56914
          rodsheph@cs.com
          2403 Sidney Street
          Suite 208
          Pittsburgh, PA 15203
          412 471-9670