**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | ) Bankr. No. 24-20004 CMB |
| ROBERT U. HANDLOW, JR., | ) |
| | ) Chapter 13 |
| Debtor. | ) |
| | ) Docket No. 63 |
| WELLS FARGO BANK, | ) Related to Docket No. 58, 62 |
| | ) |
| Movant, | ) Hearing Date & Time: |
| | ) |
| vs. | ) Claim No. 1 |
| | ) |
| ROBERT U. HANDLOW, JR. | ) |
| AND RONDA J. WINNECOUR, | ) |
| CHAPTER 13 TRUSTEE, | ) |
| | ) |
| Respondents. | ) |

**AMENDED**
**DECLARATION OF MORTGAGE PAYMENT CHANGE**

And Now, comes the Debtor, Robert U. Handlow, Jr., by and through his attorney, who respectfully represents the following:

1. On or about January 2, 2024, Debtor filed for protection under Chapter 13 of the U.S. Bankruptcy Code.

2. This Notice is being filed to notify the Chapter 13 Trustee of the change in mortgage payment amount.

3. Wells Fargo Bank filed a Notice of Mortgage Payment Change.

   (a) The monthly mortgage payment of **$1,143.31** is remaining **$1,143.31** effective **6/1/2025**.

4. The Chapter 13 Plan is sufficient to fund the mortgage payment change.

WHEREFORE, the Debtors request that this Honorable Court permit the Chapter 13 Trustee to immediately make the monthly mortgage payment with the next distribution in the effective amount.

Respectfully submitted.

Date: 8/55/2025

/s/ Rodney D. Shepherd
Rodney D. Shepherd, Esquire
Attorney for the Debtor
PA I.D. No. 56914
2403 Sidney Street, Suite 208
Pittsburgh, PA 15203
(412) 471-9670
rodsheph@cs.com

## CERTIFICATE OF SERVICE

      I, Rodney D. Shepherd, attorney for the Debtor, hereby certifies that a true and correct copy of the Amended Declaration of Mortgage Payment Change was served on the 5th day of August, 2025, by Electronic Filing and U.S. Mail, first class, upon the following:

| | |
|---|---|
| Ronda J. Winnecour, Esquire | Wells Fargo Bank |
| Chapter 13 Trustee | Attn: Denise Carlon, Esquire |
| cmecf@chapter13trusteewdpa.com | dcarlon@kmllawgroup.com |

By: /s/ Rodney D. Shepherd
    Rodney D. Shepherd
    Attorney for the Debtor
    PA I.D. No. 56914
    rodsheph@cs.com
    2403 Sidney Street
    Suite 208
    Pittsburgh, PA 15203
    412 471-9670