**UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA
PITTSBURGH DIVISION**

| | |
|---|---|
| In Re:<br><br>Robert U. Handlow, Jr.<br><br>Debtor(s) | Case No.: 24-20004-CMB<br><br>Chapter 13 |

**NOTICE OF ADDRESS CHANGE**

☐ Filed by the Debtor(s)
☒ Filed by a Creditor
☐ Filed by another party in interest

Wells Fargo Bank, N.A., as Trustee, c/o Carrington Mortgage Services LLC, Secured Creditor (Claim No. 1), files this notice of mailing address change to be used to provide notice and/or to deliver payments in this case.  Pursuant to 11 U.S.C. § 342(e)(2), any notice in this case required to be provided to a creditor by the Debtor or the court will not be provided in case of the new name and/or mailing address designated below until after 7 days following the filing of this notice with the court.

**Current address to be changed:**

Name:                    Carrington Mortgage Services, LLC

Address:                 1600 S. Douglass Road, Suites 110 & 200-A

City, State, Zip:       Anaheim, CA 92806

**New name and/or mailing address below:**

☐ For payment purposes only
☐ For notice purposes only
☒ For both payment and notice purposes

**New address of Creditor:**

| | |
|---|---|
| Name: | Carrington Mortgage Services, LLC |
| Address: | 500 N. State College Blvd., Suites 1030, 1300 and 1400 |
| City, State, Zip: | Orange, CA 92868 |

*Under the penalty of perjury, I, the undersigned, affirm that I am authorized to request this address change.*

Dated:  1/21/2026

**Liepold Harrison & Associates PLLC**

*/s/* Tawakoni Hill
Tawakoni Hill
370 W. Las Colinas Blvd., Ste 220
Irving, TX 75039
*e.* PCNinquiries@lha-law.com
Authorized Representative of Secured Creditor

*\* This form cannot be used to file a formal notice of transfer of claim pursuant to Federal Rule of Bankruptcy Procedure 3001(e).*