UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE | ) | Case No. 24-0004 CMB |
|    ROBERT U. HANDLOW, JR., | ) | |
| | ) | Chapter 13 |
| | ) | |
|    Debtor. | ) | |
| | ) | Docket No. 66 |
|    ROBERT U. HANDLOW, JR., | ) | Related to Docket No. 65 |
| | ) | |
|    Movant, | ) | Hearing Date & Time: 3/25/2026 at 11:30 a.m. |
| | ) | |
|    vs. | ) | |
| | ) | |
|    RONDA J. WINNECOUR, CHAPTER 13 TRUSTEE, | ) | |
|    Respondent. | ) | |

**NOTICE OF ZOOM HEARING AND RESPONSE DEADLINE REGARDING THE MOTION FOR EMPLOYMENT OF PROFESSIONAL**

TO THE RESPONDENT(s):

    You are notified that the above Movant seeks an order affecting your rights or property.

    You are further notified to serve with the Clerk and serve upon the undersigned attorney for Movant a response to the Motion no later than March 9, 2026 (i.e., seventeen (17) days after the date of service below), in accordance with the Federal Rules of Bankruptcy Procedure, the Local Rules of this Court, and the general procedures of Judge Bohm as found on her Procedures webpage at http://www.pawb.uscourts.gov. If you fail to timely file and serve a written response, an order granting the relief requested in the Motion may be entered and the hearing may not be held.  Please refer to the calendar posted on the Court's webpage to verify if a default order was signed or if the hearing will go forward as scheduled.

    You should take this Notice and Motion to a lawyer at once.

    An in-person hearing will be held on March 25, 2026 at 11:30 a.m. before Judge Carlota M. Bohm in Courtroom B, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219. In accordance with Judge Bohm's procedures, parties may appear for non-evidentiary matters remotely by utilizing the Zoom video conference platform.  Parties seeking to appear remotely must register for the hearing by submitting a registration form via the link published on Judge Bohm's website (which can be found at https://www.pawb.uscourts.gov/judge-bohms-video-conference-hearing-information)  by no later than 4:00 p.m. on the business day prior to the

scheduled hearing.  All parties participating remotely shall comply with Judge Bohm's *General Procedures*, which can be found at https://www.pawb.uscourts.gov/procedures-1.

**Parties who fail to timely register for remote participation will be expected to attend the hearing in person.**

Only a limited time of ten (10) minutes is being provided on the calendar.  No witnesses will be heard.  If there is an issue of fact, an evidentiary hearing will be scheduled by the Court for a later date.

Date of service:   February 20, 2026; service by U.S. Mail and electronic filing.

By:   /s/ Rodney D. Shepherd
Rodney D. Shepherd, Esquire
Attorney for Movants/Applicants
PA I.D. No. 56914
rodsheph@cs.com

2403 Sidney Street
Suite 208
Pittsburgh, PA  15203
(412) 471-9670