# UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | ) Bankr. No. 24-20004 CMB |
|     ROBERT U. HANDLOW, JR., | ) |
| | ) Chapter 13 |
|         Debtor. | ) |
| | ) Docket No. 72 |
|     WELLS FARGO BANK, N.A., as | ) Related to Docket No. |
|     Trustee for Carrington Mortgage | ) |
|     Loan Trust, | ) |
|         Movant, | ) Hearing Date & Time: |
| | ) |
|         vs. | ) Claim No. 1 |
| | ) |
|     ROBERT U. HANDLOW, JR. AND | ) |
|     RONDA J. WINNECOUR, | ) |
|     CHAPTER 13 TRUSTEE, | ) |
| | ) |
|         Respondents. | ) |

## DECLARATION OF MORTGAGE PAYMENT CHANGE

And Now, comes the Debtor, Robert H. Handlow, Jr. by and through his attorney, who respectfully represents the following:

1. On or about January 2, 2024, Debtor filed for protection under Chapter 13 of the U.S. Bankruptcy Code.

2. This Notice is being filed to notify the Chapter 13 Trustee of the change in mortgage payment amount.

3. Wells Fargo,N.A., as Trustee for Carrington Mortgage Loan Trust filed a Notice of Mortgage Payment Change.

   (a) The monthly mortgage payment of **$1,143.31** has been **increased** to **$1,160.40** effective **3/1/2026.**

WHEREFORE, the Debtor requests that this Honorable Court permit the Chapter 13 Trustee to immediately make the monthly mortgage payment according to the above referenced Notice of Mortgage Payment Change commencing with the next distribution in the effective amount.

                                                Respectfully submitted.

Date: <u>3/4/2026</u>                          Rodney D. Shepherd, Esquire
                                                Attorney for the Debtor
                                                PA I.D. No. 56914
                                                2403 Sidney Street, Suite 208

Pittsburgh, PA 15203
(412) 471-9670
rodsheph@cs.com

**CERTIFICATE OF SERVICE**

    I, Rodney D. Shepherd, attorney for the Debtor, hereby certifies that a true and correct copy of the Declaration of Mortgage Payment Change was served on the 4th day of March, 2024, by Electronic Filing and U.S. Mail, first class, upon the following:

| | |
|---|---|
| Ronda J. Winnecour, Esquire<br>Chapter 13 Trustee<br>cmecf@chapter13trusteewdpa.com | Wells Fargo, N.A., as Trustee for Carrington<br>Mortgage Loan Trust<br>Attn: Denise Carlon, Esquire<br>dcarlon@kmllawgroup.com |

                                                  By: /s/ Rodney D. Shepherd
                                                     Rodney D. Shepherd
                                                     Attorney for the Debtor
                                                     PA I.D. No. 56914
                                                   rodsheph@cs.com
                                                   2403 Sidney Street
                                                   Suite 208
                                                    Pittsburgh, PA 15203
                                                   412 471-9670