**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE: ROBERT U. HANDLOW, JR.,) Bankr. No. 24-20004 CMB
　　　　　　　　　　　　　　　　　　　)
　　　　　　　　Debtor.　　　　) Chapter 13
　　　　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　) Docket No. 73
　　ROBERT U. HANDLOW, JR.,)  Rel. To Docket Nos.69, 70
　　　　　　　　　　　　　　　　　　　)
　　　　　　　　Movant,　　　) Hearing Date & Time: 3/25/2026
　　　　　　　　　　　　　　　　　　　)　　　　　　　　　　　at 11:30 a.m.
　　　　　　　　　　　　　　　　　　　)
　　　　　vs.　　　　　　　)
　　　　　　　　　　　　　　　　　　　)
　　NO RESPONDENTS.　　　　)

**CERTIFICATE OF NO OBJECTION REGARDING**
**Motion to Sell Property Free and Clear of Liens**

　　　　The undersigned further certifies that the Court's docket in this case reviewed and no answer, objection or other responsive pleading to the Motion to Sell Property Free and Clear of Liens has been received appears thereon. Pursuant to the Hearing Notice attached with the Motion to Sell Property Free and Clear of Liens responses were to be filed and served no later than March 12, 2026. It is hereby respectfully requested that an order be entered by the Court with respect to the Motion to Sell Property Free and Clear of Liens.

　　　　　　　　　　　　　　　　By:/s/ Rodney D. Shepherd
　　　　　　　　　　　　　　　　　　Rodney D. Shepherd, Esquire
　　　　　　　　　　　　　　　　　　Attorney for the Debtor
　　　　　　　　　　　　　　　　　　PA I.D. No. 56914
　　　　　　　　　　　　　　　　　　rodsheph@cs.com

　　　　　　　　　　　　　　　　　　2403 Sidney Street
　　　　　　　　　　　　　　　　　　Suite 208
Date: 3/16/2026　　　　　　　　　Pittsburgh, PA 15203
　　　　　　　　　　　　　　　　　　(412) 471-9670