**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE: ROBERT U. HANDLOW, JR.,) Bank. No. 24-20004 CMB
                              )
            Debtor.           ) Chapter 11
                              )
     ROBERT U. HANDLOW, JR.,) Docket No. 74
                              ) Rel. to Docket Nos: 65, 68
                              )
            Movant,           )
                              )
       vs.                    )
                              ) Hearing Date & Time: 3/25/2026
     NO RESPONDENTS.          )                  at 11:30 a.m.


**CERTIFICATE OF SERVICE**

     I, Rodney D. Shepherd, Esquire certify under penalty of
perjury that the Application to Employ, Exhibit 1, Exhibit 2,
Exhibit 3, Proposed Order and Hearing Notice were served on the
20th day February, 2026 by *electronic filing, upon the
following:

Ronda J. Winnecour
Chapter 13 Trustee
cmecf@chapter13trusteewdpa.com

                              By: /s/ Rodney D. Shepherd
                                  Rodney D. Shepherd
                                  Attorney for the Debtor
                                  PA I.D. No. 56914
                                  rodsheph@cs.com
                                  2403 Sidney Street, Suite 208
                                  Pittsburgh, PA 15203
                                  (412) 471-9670