**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| ROBERT U. HANDLOW, JR., | ) | Bankr. No. 24-20004 CMB |
| | ) | |
| Debtor. | ) | Chapter 13 |
| | ) | |
| | ) | Docket No. 75 |
| ROBERT U. HANDLOW, JR., | ) | Rel. To Docket Nos.: 65, 68 |
| | ) | |
| Movant, | ) | Hearing Date & Time: 3/25/2026 |
| | ) | at 11:30 a.m. |
| | ) | |
| vs. | ) | |
| | ) | |
| NO RESPONDENTS. | ) | |

**CERTIFICATE OF NO OBJECTION REGARDING**
**Application to Employ**

The undersigned further certifies that the Court's docket in this case reviewed and no answer, objection or other responsive pleading to the Application to Employ has been received appears thereon. Pursuant to the Hearing Notice attached with the Application to Employ responses were to be filed and served no later than March 9, 2026. It is hereby respectfully requested that an order be entered by the Court with respect to the Application to Employ.

By: /s/ Rodney D. Shepherd
Rodney D. Shepherd, Esquire
Attorney for the Debtor
PA I.D. No. 56914
rodsheph@cs.com

2403 Sidney Street
Suite 208
Date: 3/16/2026                    Pittsburgh, PA 15203
(412) 471-9670