UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE: ROBERT U. HANDLOW,) Bank. No. 24-20004 CMB
     JR.,          )
       Debtor,    ) Chapter 13
            )
ROBERT U. HANDLOW,) Docket No. 65
     JR.,         ) Rel.to Docket No.
      Movant,    )
            )
            ) Hearing Date and Time:3/25/2026
      vs.      )            at 11:30 a.m.
           )
            )
            )
RONDA J.      )
WINNECOUR, CHAPTER)  **ENTERED BY DEFAULT**
13 TRUSTEE,    )
            )
     Respondent.  )

## ORDER APPROVING EMPLOYMENT OF PROFESSIONAL

AND NOW, this __17th__ day of ____March____, 2026, upon consideration of the **APPLICATION TO EMPLOY PROFESSIONAL**, it is ORDERED, ADJUDGED and DECREED as follows:

1. **Jake Bachman and Century 21 Fairways, 1001 Route 30, Irwin, PA 15642** are hereby appointed as **Brokers** for the Debtor in this bankruptcy proceeding pursuant to the terms described in the Power of Attorney attached to the Application for the purposes of acting as the Debtor's real estate brokers in connection with the sale of Debtor's real property located at 2588 Elgro Road, Gibsonia, PA 15044.  A broker's commission of 6% of the selling price plus costs is tentatively approved, subject to a final court order.

2. Professional persons or entities performing services in the above case are advised that approval of fees for professional services will be based on other factors as well including results accomplished, the time and labor reasonably required by the applicant to perform the tasks involved, the customary fee for similar services, the time limitations imposed by the retention or the circumstances encountered while performing the services, the relationship of the services, if any, to the ultimate sale price of the real property, and the extent and nature of sale prices in similar cases.

3.  Approval of any application for appointment of a professional in which certain fees are requested is not an agreement by the Court to allow such fees in the requested amount.  Final compensation, as awarded by the Court after notice and hearing, may be more or less than the requested amount based on application of the above criteria.

4.  Applicant shall serve the within Order on all interested parties and file a certificate of service.

_____
Carlota M. Bohm                    dmr
United States Bankruptcy Judge

FILED
3/17/26 8:46 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                      Case No. 24-20004-CMB

Robert U. Handlow, Jr.                                                      Chapter 13
     Debtor

# CERTIFICATE OF NOTICE

| District/off: 0315-2 | User: auto | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Mar 17, 2026 | Form ID: pdf900 | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol          Definition**

+                 Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 19, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Robert U. Handlow, Jr., 415 Shingiss Street, Mc Kees Rocks, PA 15136-2782 |
| br | + Jake Bachman, Century 21 Fairways, 1001 Route 30, Irwin, PA 15642-3758 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 19, 2026                    Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 17, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise Carlon | on behalf of Creditor Wells Fargo Bank N.A.  as Trustee for Carrington Mortgage Loan Trust Series 2006-NC3 Asset-Backed Pass-Through Certificates dcarlon@kmllawgroup.com |
| Jeffrey Hunt | on behalf of Creditor Sto-Rox School District jhunt@grblaw.com  skrizanic@grblaw.com;ecfweiss@grblaw.com |
| Joseph James Perotti, Jr | on behalf of Creditor BOROUGH OF MCKEES ROCKS AND STO-ROX SD rmonti@grblaw.com KNicely@grblaw.com;rmonti@grblaw.com |
| Joseph James Perotti, Jr | on behalf of Creditor County Of Allegheny rmonti@grblaw.com  KNicely@grblaw.com;rmonti@grblaw.com |
| Joseph James Perotti, Jr | on behalf of Creditor Township of Kennedy rmonti@grblaw.com  KNicely@grblaw.com;rmonti@grblaw.com |

District/off: 0315-2                           User: auto                                 Page 2 of 2
Date Rcvd: Mar 17, 2026                    Form ID: pdf900                       Total Noticed: 2

Joseph James Perotti, Jr
    on behalf of Creditor Pine-Richland School District rmonti@grblaw.com  KNicely@grblaw.com;rmonti@grblaw.com

Joseph James Perotti, Jr
    on behalf of Creditor Richland Township rmonti@grblaw.com  KNicely@grblaw.com;rmonti@grblaw.com

Keri P. Ebeck
    on behalf of Creditor Duquesne Light Company kebeck@metzlewis.com  btemple@metzlewis.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Rodney D. Shepherd
    on behalf of Debtor Robert U. Handlow  Jr. rodsheph@cs.com

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com


TOTAL: 11