**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | ) Bankr. No. 24-20004 CMB |
| ROBERT U. HANDLOW, JR., | ) |
| | ) Chapter 13 |
| Debtor. | ) |
| | ) Docket No. 99 |
| WELLS FARGO BANK, N.A., as | ) Related to Docket No. 72 |
| Trustee for Carrington Mortgage | ) |
| Loan Trust, | ) |
| Movant, | ) Hearing Date & Time: |
| | ) |
| vs. | ) Claim No. 1 |
| | ) |
| ROBERT U. HANDLOW, JR. AND | ) |
| RONDA J. WINNECOUR, | ) |
| CHAPTER 13 TRUSTEE, | ) |
| | ) |
| Respondents. | ) |

**DECLARATION OF MORTGAGE PAYMENT CHANGE**

And Now, comes the Debtor, Robert H. Handlow, Jr. by and through his attorney, who respectfully represents the following:

1.  On or about January 2, 2024, Debtor filed for protection under Chapter 13 of the U.S. Bankruptcy Code.

2. This Notice is being filed to notify the Chapter 13 Trustee of the change in mortgage payment amount.

3. Wells Fargo,N.A., as Trustee for Carrington Mortgage Loan Trust filed a Notice of Mortgage Payment Change.

   (a)  The monthly mortgage payment of **$1,160.40** has been **decreased** to **$1,156.75** effective **6/1/2026.**

WHEREFORE, the Debtor requests that this Honorable Court permit the Chapter 13 Trustee to immediately make the monthly mortgage payment according to the above referenced Notice of Mortgage Payment Change commencing with the next distribution in the effective amount.

Respectfully submitted,
/s/ Rodney D. Shepherd

Date: 6/5/2026

Rodney D. Shepherd, Esquire
Attorney for the Debtor
PA I.D. No. 56914

2403 Sidney Street, Suite 208
Pittsburgh, PA 15203
(412) 471-9670
rodsheph@cs.com

## CERTIFICATE OF SERVICE

I, Rodney D. Shepherd, attorney for the Debtor, hereby certifies that a true and correct copy of the Declaration of Mortgage Payment Change was served on the 5th day of June, 2026, by Electronic Filing and U.S. Mail, first class, upon the following:

Ronda J. Winnecour, Esquire
Chapter 13 Trustee
cmecf@chapter13trusteewdpa.com

Wells Fargo, N.A., as Trustee for Carrington
  Mortgage Loan Trust
Attn: Denise Carlon, Esquire
dcarlon@kmllawgroup.com


By: /s/ Rodney D. Shepherd
    Rodney D. Shepherd
    Attorney for the Debtor
    PA I.D. No. 56914
    rodsheph@cs.com
    2403 Sidney Street
    Suite 208
    Pittsburgh, PA 15203
    412 471-9670