**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

```
IN RE: ROBERT U. HANDLOW, JR.,)  Bankr. No. 24-20004 CMB
                              )
              Debtor.         )  Chapter 13
                              )
                              )  Docket No. 100
     ROBERT U. HANDLOW, JR.,) Rel. To Docket No. 94, 97
                              )
                              )  Hearing Date & Time: 7/9/2026
                              )                at 11:30 a.m.
              Movant,         )
                              )
              vs.             )
                              )
     NO RESPONDENTS.          )
```

**CERTIFICATE OF NO OBJECTION REGARDING**
**Motion to Compel**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion to Compel has been received.  The undersigned further certifies that the Court's docket in this case reviewed and no answer, objection or other responsive pleading to the Motion to Compel has been received appears thereon.  Pursuant to the Hearing Notice attached with the Motion to Compel responses were to be filed and served no later than June 10, 2026. It is hereby respectfully requested that an order be entered by the Court with respect to the Motion to Compel.

By: /s/ Rodney D. Shepherd
    Rodney D. Shepherd, Esquire
    Attorney for the Debtor
    PA I.D. No. 56914
    rodsheph@cs.com
    2403 Sidney Street
    Suite 208
Date: 6/11/2026    Pittsburgh, PA 15203
    (412) 471-9670