UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE: ROBERT U. HANDLOW, JR,  ) Bank. No. 24-20004 CMB
                               )
              Debtor.          ) Chapter 13
                               )
   ROBERT U. HANDLOW, JR.,     )  Related to: Document No. 94
                               )
              Movant,          )  **ENTERED BY DEFAULT**
                               )
                               )
   WELLS FARGO BANK, N.A.      )
                               )
                               )
   AND RONDA J. WINNECOUR,     )
   CHAPTER 13 TRUSTEE,W.D.     )
   PA,                         )
                               )
              Respondents.     )

                    ORDER OF COURT


     AND NOW, to-wit, this ____16th____ day of _____June_____,

20 _26_ , upon consideration of the Motion to Compel Wells Fargo

Bank To Adjust The Pay-Off Amount of the Mortgage In Conformity

With The Previous Objection to Proof of Claim And The Subsequent

Amended Proof of Claim, it is hereby ORDERED, ADJUDGED and

DECREED that the Motion is granted.

     Further, it is Ordered that Wells Fargo Bank shall correct

the total amount owed on its' claim in accordance with the

Amended Proof of Claim that was previously filed.

                              BY THE COURT:

SIGNED
6/16/26 10:41 am
CLERK
U.S. BANKRUPTCY          Carlota M. Böhm
COURT - WDPA             United States Bankruptcy Judge

United States Bankruptcy Court

Western District of Pennsylvania

In re:

Robert U. Handlow, Jr.

    Debtor

Case No. 24-20004-CMB

Chapter 13

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Jun 16, 2026 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 18, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Robert U. Handlow, Jr., 415 Shingiss Street, Mc Kees Rocks, PA 15136-2782 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 18, 2026                  Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 16, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brent J. Lemon | on behalf of Creditor Duquesne Light Company blemon@bernsteinlaw.com aepiscopo@bernsteinlaw.com;agilbert@bernsteinlaw.com |
| Jeffrey Hunt | on behalf of Creditor Sto-Rox School District jhunt@grblaw.com  skrizanic@grblaw.com;ecfweiss@grblaw.com |
| Joseph James Perotti, Jr | on behalf of Creditor BOROUGH OF MCKEES ROCKS AND STO-ROX SD rmonti@grblaw.com KNicely@grblaw.com;rmonti@grblaw.com |
| Joseph James Perotti, Jr | on behalf of Creditor Richland Township rmonti@grblaw.com  KNicely@grblaw.com;rmonti@grblaw.com |
| Joseph James Perotti, Jr | on behalf of Creditor Township of Kennedy rmonti@grblaw.com  KNicely@grblaw.com;rmonti@grblaw.com |
| Joseph James Perotti, Jr | |

District/off: 0315-2                     User: auto                                    Page 2 of 2

Date Rcvd: Jun 16, 2026                  Form ID: pdf900                          Total Noticed: 1

                  on behalf of Creditor County Of Allegheny rmonti@grblaw.com  KNicely@grblaw.com;rmonti@grblaw.com

Joseph James Perotti, Jr

                  on behalf of Creditor Pine-Richland School District rmonti@grblaw.com  KNicely@grblaw.com;rmonti@grblaw.com

Matthew Fissel

                  on behalf of Creditor Wells Fargo Bank N.A.  as Trustee for Carrington Mortgage Loan Trust Series 2006-NC3 Asset-Backed
 Pass-Through Certificates bkgroup@kmllawgroup.com, wbecf@brockandscott.com

Office of the United States Trustee

                  ustpregion03.pi.ecf@usdoj.gov

Rodney D. Shepherd

                  on behalf of Debtor Robert U. Handlow  Jr. rodsheph@cs.com

Ronda J. Winnecour

                  cmecf@chapter13trusteewdpa.com


TOTAL: 11