**Fill in this information to identify the case:**

Debtor 1  **ROBERT U. HANDLOW, JR.**

Debtor 2
(Spouse, if filing)

Unites States Bankruptcy Court for the:  **Western District of Pennsylvania**

(State)

Case Number  **24-20004JAD**

## Official Form 410C13-N

# Trustee's Notice of Disbursements Made

**12/25**

**The trustee must file this notice in a chapter 13 case within 45 days after the debtor completes all payments due to the trustee.  Rule 3002.1(g)(1).**

| Part 1: | Mortgage Information |
| --- | --- |

**Name of claim holder:**  WELLS FARGO BANK NA - TRUSTEE ET AL

**Court claim no.** (if known):
1-2

**Last 4 digits** of any number you use to identify the debtor's account:  9  1  9  9

**Property Address:**  415 SHINGISS ST
Number        Street

MCKEES ROCKS                                        PA      15136
City                                                          State    ZIP Code

| Part 2: | Statement of Completion |
| --- | --- |

The debtor has completed all payments due the trustee under the chapter 13 plan. A copy of the trustee's disbursement ledger for all payments to the claim holder is attached.

| Part 3: | Arrearages |
| --- | --- |

| | Amount |
| --- | --- |
| a.  Allowed amount of prepetition arrearage: | $ 83,041.57 |
| b.  Total amount of prepetition arrearage disbursed by the trustee: | $ 83,041.57 |
| c.  Total amount of postpetition arrearage disbursed by the trustee: | $ -0- |
| d.  Total amount of arrearages disbursed by the trustee: | $ 83,041.57 |

| Part 4: | Postpetition Payment |
|---|---|

*Check one:*

☐ Postpetition payments are made by the debtor.

☒ Postpetition payments are paid through the trustee.

☐ Other:

**If the trustee has disbursed postpetition payments, complete a and b below; otherwise leave blank.**

a.   Total amount of postpetition payments disbursed by the trustee as of date of notice:          $        35,668.95

b.   The last ongoing mortgage payment disbursed by the trustee was the payment due on
<u>August 2026</u>. All subsequent ongoing mortgage payments must be made directly by the debtor to the
mortgage claimant.

| Part 5: | Postpetition Fees, Expenses, and Charges |
|---|---|

 Amount of postpetition fees, expenses, and charges disbursed by the trustee:          $        450.00

| Part 6: | A Response Is Required By Bankruptcy Rule 3002.1(g)(3) |
|---|---|

**Within 28 days after service of this notice, the holder of the claim must file a response using Official Form 410C13-NR.**

✘ /s/ Ronda J. Winnecour                                                          Date        08/06/2026
Signature

Trustee        Ronda J. Winnecour
               First Name          Middle Name          Last Name

Address        CHAPTER 13 TRUSTEE WD PA, 600 GRANT STREET
               Number      Street

               PITTSBURGH                                PA        15219
               City                                      State     ZIP Code

Contact phone   (412) 471-5566              Email  cmecf@chapter13trusteewdpa.com

| Debtor 1 | **HANDLOW, JR.** | | | Case Number **24-20004JAD** | Page 1 |

Name

# History Of Payments

## Part 3 - b (Prepetition Arrears)

| Claim # | Name | Date | Check # | Posting Description | Amount |
|---|---|---|---|---|---|
| 1-2 | WELLS FARGO BANK NA - TRUSTEE I | 07/25/2024 | 1307210 | Amounts Disbursed To Creditor | 7,027.29 |
| 1-2 | WELLS FARGO BANK NA - TRUSTEE I | 08/26/2024 | 1309746 | Amounts Disbursed To Creditor | 2,295.44 |
| 1-2 | WELLS FARGO BANK NA - TRUSTEE I | 09/25/2024 | 1312346 | Amounts Disbursed To Creditor | 5,806.20 |
| 1-2 | WELLS FARGO BANK NA - TRUSTEE I | 11/25/2024 | 1317469 | Amounts Disbursed To Creditor | 1,054.53 |
| 1-2 | WELLS FARGO BANK NA - TRUSTEE I | 12/23/2024 | 1319826 | Amounts Disbursed To Creditor | 2,320.00 |
| 1-2 | WELLS FARGO BANK NA - TRUSTEE I | 01/28/2025 | 1322342 | Amounts Disbursed To Creditor | 2,318.30 |
| 1-2 | WELLS FARGO BANK NA - TRUSTEE I | 02/25/2025 | 1324744 | Amounts Disbursed To Creditor | 2,316.57 |
| 1-2 | WELLS FARGO BANK NA - TRUSTEE I | 03/26/2025 | 1327289 | Amounts Disbursed To Creditor | 5,756.43 |
| 1-2 | WELLS FARGO BANK NA - TRUSTEE I | 05/23/2025 | 1332114 | Amounts Disbursed To Creditor | 1,127.63 |
| 1-2 | WELLS FARGO BANK NA - TRUSTEE I | 06/25/2025 | 1334568 | Amounts Disbursed To Creditor | 5,807.30 |
| 1-2 | WELLS FARGO BANK NA - TRUSTEE I | 08/26/2025 | 1339433 | Amounts Disbursed To Creditor | 4,925.42 |
| 1-2 | WELLS FARGO BANK NA - TRUSTEE I | 10/24/2025 | 1344315 | Amounts Disbursed To Creditor | 1,427.43 |
| 1-2 | WELLS FARGO BANK NA - TRUSTEE I | 11/21/2025 | 1346609 | Amounts Disbursed To Creditor | 2,476.83 |
| 1-2 | WELLS FARGO BANK NA - TRUSTEE I | 12/23/2025 | 1348983 | Amounts Disbursed To Creditor | 2,474.93 |
| 1-2 | WELLS FARGO BANK NA - TRUSTEE I | 01/27/2026 | 1351357 | Amounts Disbursed To Creditor | 2,473.01 |
| 1-2 | WELLS FARGO BANK NA - TRUSTEE I | 02/24/2026 | 1353717 | Amounts Disbursed To Creditor | 2,471.07 |
| 1-2 | WELLS FARGO BANK NA - TRUSTEE I | 03/25/2026 | 1356111 | Amounts Disbursed To Creditor | 5,938.39 |
| 1-2 | WELLS FARGO BANK NA - TRUSTEE I | 05/27/2026 | 1360927 | Amounts Disbursed To Creditor | 5,304.11 |
| 1-2 | WELLS FARGO BANK NA - TRUSTEE I | 07/28/2026 | 1365681 | Amounts Disbursed To Creditor | 19,720.69 |
| | | | | Total for Claim Number 1-2: | 83,041.57 |

**Total for Part 3 - b (Prepetition Arrears):   83,041.57**

## Part 4 - a (Postpetition Payments)

| Claim # | Name | Date | Check # | Posting Description | Amount |
|---|---|---|---|---|---|
| 1-2 | WELLS FARGO BANK NA - TRUSTEE I | 07/25/2024 | 1307210 | Amounts Disbursed To Creditor | 8,129.10 |
| 1-2 | WELLS FARGO BANK NA - TRUSTEE I | 08/26/2024 | 1309746 | Amounts Disbursed To Creditor | 1,161.30 |
| 1-2 | WELLS FARGO BANK NA - TRUSTEE I | 09/25/2024 | 1312346 | Amounts Disbursed To Creditor | 1,161.30 |
| 1-2 | WELLS FARGO BANK NA - TRUSTEE I | 10/25/2024 | 1314880 | Amounts Disbursed To Creditor | 53.42 |
| 1-2 | WELLS FARGO BANK NA - TRUSTEE I | 11/25/2024 | 1317469 | Amounts Disbursed To Creditor | 2,236.07 |
| 1-2 | WELLS FARGO BANK NA - TRUSTEE I | 12/23/2024 | 1319826 | Amounts Disbursed To Creditor | 1,128.19 |
| 1-2 | WELLS FARGO BANK NA - TRUSTEE I | 01/28/2025 | 1322342 | Amounts Disbursed To Creditor | 1,128.19 |
| 1-2 | WELLS FARGO BANK NA - TRUSTEE I | 02/25/2025 | 1324744 | Amounts Disbursed To Creditor | 1,128.19 |
| 1-2 | WELLS FARGO BANK NA - TRUSTEE I | 03/26/2025 | 1327289 | Amounts Disbursed To Creditor | 1,192.99 |
| 1-2 | WELLS FARGO BANK NA - TRUSTEE I | 04/25/2025 | 1329720 | Amounts Disbursed To Creditor | 92.80 |
| 1-2 | WELLS FARGO BANK NA - TRUSTEE I | 05/23/2025 | 1332114 | Amounts Disbursed To Creditor | 2,193.82 |
| 1-2 | WELLS FARGO BANK NA - TRUSTEE I | 06/25/2025 | 1334568 | Amounts Disbursed To Creditor | 1,143.31 |
| 1-2 | WELLS FARGO BANK NA - TRUSTEE I | 07/25/2025 | 1337033 | Amounts Disbursed To Creditor | 94.58 |
| 1-2 | WELLS FARGO BANK NA - TRUSTEE I | 08/26/2025 | 1339433 | Amounts Disbursed To Creditor | 2,192.04 |
| 1-2 | WELLS FARGO BANK NA - TRUSTEE I | 09/25/2025 | 1341849 | Amounts Disbursed To Creditor | 21.70 |
| 1-2 | WELLS FARGO BANK NA - TRUSTEE I | 10/24/2025 | 1344315 | Amounts Disbursed To Creditor | 2,264.92 |
| 1-2 | WELLS FARGO BANK NA - TRUSTEE I | 11/21/2025 | 1346609 | Amounts Disbursed To Creditor | 1,143.31 |
| 1-2 | WELLS FARGO BANK NA - TRUSTEE I | 12/23/2025 | 1348983 | Amounts Disbursed To Creditor | 1,143.31 |
| 1-2 | WELLS FARGO BANK NA - TRUSTEE I | 01/27/2026 | 1351357 | Amounts Disbursed To Creditor | 1,143.31 |
| 1-2 | WELLS FARGO BANK NA - TRUSTEE I | 02/24/2026 | 1353717 | Amounts Disbursed To Creditor | 1,143.31 |
| 1-2 | WELLS FARGO BANK NA - TRUSTEE I | 03/25/2026 | 1356111 | Amounts Disbursed To Creditor | 1,160.40 |
| 1-2 | WELLS FARGO BANK NA - TRUSTEE I | 04/27/2026 | 1358510 | Amounts Disbursed To Creditor | 348.05 |
| 1-2 | WELLS FARGO BANK NA - TRUSTEE I | 05/27/2026 | 1360927 | Amounts Disbursed To Creditor | 1,972.75 |
| 1-2 | WELLS FARGO BANK NA - TRUSTEE I | 06/25/2026 | 1363290 | Amounts Disbursed To Creditor | 151.11 |
| 1-2 | WELLS FARGO BANK NA - TRUSTEE I | 07/28/2026 | 1365681 | Amounts Disbursed To Creditor | 2,141.48 |
| | | | | Total for Claim Number 1-2: | 35,668.95 |

**Total for Part 4 - a (Postpetition Payments):   35,668.95**

## Part 5 (Postpetition Fees, Expenses, and Charges)

| Claim # | Name | Date | Check # | Posting Description | Amount |
|---|---|---|---|---|---|
| 1-2 | WELLS FARGO BANK NA - TRUSTEE I | 07/28/2026 | 1365681 | Amounts Disbursed To Creditor | 450.00 |
| | | | | Total for Claim Number 1-2: | 450.00 |

**Total for Part 5 (Postpetition Fees, Expenses, and Charges):   450.00**

**<u>Certificate of Service</u>**

I hereby certify that on the date shown below, I served a true and correct copy of Trustee's Notice of Disbursements Made upon the following, by regular United States mail, postage prepaid, addressed as follows:

ROBERT U. HANDLOW, JR.
415 SHINGISS STREET
MC KEES ROCKS, PA  15136

RODNEY D SHEPHERD ESQ
2403 SIDNEY ST - STE 208
PITTSBURGH, PA  15203

LIEPOLD HARRISON & ASSOCIATES
370 W LAS COLINAS BLVD STE 220
IRVING, TX  75039

CARRINGTON MORTGAGE SERVICES LLC
500 N STATE COLLEGE BLVD
STE 1030, 1300, 1400
ORANGE, CA  92868

WELLS FARGO BANK NA - TRUSTEE ET AL
C/O CARRINGTON MORTGAGE SERVICES LLC
500 NORTH STATE COLLEGE BLVD
SUITES 1030, 1300, AND 1400
ORANGE, CA  92868

Dated: 08/06/2026

/s/ Roberta Saunier
Administrative Assistant
Office of the Chapter 13 Trustee