Certificate Number: 15317-PAW-DE-041381172

Bankruptcy Case Number: 24-20004

15317-PAW-DE-041381172

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on August 28, 2026, at 12:12 o'clock PM PDT, Robert U Handlow Jr completed a course on personal financial management given by internet by Access Counseling, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Western District of Pennsylvania.

Date: August 28, 2026

By: /s/EJ Borromeo

Name: EJ Borromeo

Title: Credit Counselor