**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>ROBERT U. HANDLOW, JR.<br><br>Debtor(s)<br><br>Ronda J. Winnecour<br>Chapter 13 Trustee,<br>Movant<br>vs.<br>No Respondents. | Case No.:24-20004 JAD<br><br>Chapter 13<br><br>Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

August 25, 2026

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA 15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 01/02/2024 and confirmed on 5/2/24 . The case was subsequently Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---|---|
| Total Receipts | | 325,979.52 |
| Less Refunds to Debtor | 175,620.14 | |
| TOTAL AMOUNT OF PLAN FUND | | 150,359.38 |

| | | |
|---|---|---|
| Administrative Fees | | |
| Filing Fee | 0.00 | |
| Notice Fee | 0.00 | |
| Attorney Fee | 3,800.00 | |
| Trustee Fee | 17,484.60 | |
| Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 21,284.60 |

| Creditor Type Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| Secured | | | | |
| WELLS FARGO BANK NA - TRUSTEE ET A<br>Acct: 9199 | 0.00 | 35,668.95 | 0.00 | 35,668.95 |
| WELLS FARGO BANK NA - TRUSTEE ET A<br>Acct: 9199 | 83,041.57 | 83,041.57 | 0.00 | 83,041.57 |
| MCKEES ROCKS BOROUGH (SWG)<br>Acct: 83XX | 0.00 | 0.00 | 0.00 | 0.00 |
| MCKEES ROCKS BOROUGH (SWG)<br>Acct: 83XX | 0.00 | 0.00 | 0.00 | 0.00 |
| MCKEES ROCKS BOROUGH (SWG)<br>Acct: 84XX | 0.00 | 0.00 | 0.00 | 0.00 |
| PINE-RICHLAND SD (RICHLAND) (RE)<br>Acct: 4A19 | 1,074.16 | 1,074.16 | 283.03 | 1,357.19 |
| PINE-RICHLAND SD (RICHLAND) (RE)<br>Acct: 4A19 | 238.67 | 238.67 | 0.00 | 238.67 |
| RICHLAND TOWNSHIP (RE)<br>Acct: 4A19 | 160.39 | 160.39 | 43.81 | 204.20 |
| RICHLAND TOWNSHIP (RE)<br>Acct: 4A19 | 33.68 | 33.68 | 0.00 | 33.68 |
| MCKEES ROCKS BOROUGH (RE)<br>Acct: R220 | 17.53 | 17.53 | 3.20 | 20.73 |
| MCKEES ROCKS BOROUGH (RE)<br>Acct: R220 | 0.00 | 0.00 | 0.00 | 0.00 |
| STO ROX SD (MCKEES ROCKS) (RE)<br>Acct: R220 | 618.80 | 618.80 | 103.10 | 721.90 |
| STO ROX SD (MCKEES ROCKS) (RE)<br>Acct: R220 | 61.88 | 61.88 | 0.00 | 61.88 |
| KENNEDY TOWNSHIP (RE)<br>Acct: D209 | 141.00 | 141.00 | 24.24 | 165.24 |
| KENNEDY TOWNSHIP (RE)<br>Acct: D209 | 36.21 | 36.21 | 0.00 | 36.21 |
| COUNTY OF ALLEGHENY (RE TAX)*<br>Acct: 4A19 | 461.73 | 461.73 | 150.00 | 611.73 |
| COUNTY OF ALLEGHENY (RE TAX)*<br>Acct: 4A19 | 72.12 | 72.12 | 0.00 | 72.12 |
| COUNTY OF ALLEGHENY (RE TAX)* | 302.47 | 302.47 | 60.93 | 363.40 |

| Creditor Type Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| **Secured** | | | | |
| Acct: R220 | | | | |
| COUNTY OF ALLEGHENY (RE TAX)* | 561.92 | 561.92 | 112.59 | 674.51 |
| Acct: D209 | | | | |
| COUNTY OF ALLEGHENY (RE TAX)* | 78.97 | 78.97 | 0.00 | 78.97 |
| Acct: D209 | | | | |
| STO ROX SD (MCKEES ROCKS) (RE) | 2,731.45 | 2,731.45 | 450.70 | 3,182.15 |
| Acct: R220 | | | | |
| STO ROX SD (MCKEES ROCKS) (RE) | 1,189.91 | 1,189.91 | 0.00 | 1,189.91 |
| Acct: R220 | | | | |
| | | | | 127,723.01 |
| **Priority** | | | | |
| RODNEY D SHEPHERD ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| ROBERT U. HANDLOW, JR. | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| ROBERT U. HANDLOW, JR. | 175,620.14 | 175,620.14 | 0.00 | 0.00 |
| Acct: | | | | |
| LAW OFFICES OF RODNEY SHEPHERD | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| RODNEY D SHEPHERD ESQ | 3,800.00 | 3,800.00 | 0.00 | 0.00 |
| Acct: | | | | |
| STO ROCKS SD & MCKEES ROCKS BORC | 784.30 | 784.30 | 0.00 | 784.30 |
| Acct: 0217 | | | | |
| RONDA J WINNECOUR PA ID #30399** | 117.47 | 117.47 | 0.00 | 117.47 |
| Acct: $/OE | | | | |
| WELLS FARGO BANK NA - TRUSTEE ET A | 450.00 | 450.00 | 0.00 | 450.00 |
| Acct: 9199 | | | | |
| | | | | 1,351.77 |
| **Unsecured** | | | | |
| DUQUESNE LIGHT COMPANY(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6342 | | | | |
| DUQUESNE LIGHT COMPANY(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6384 | | | | |
| DUQUESNE LIGHT COMPANY(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7561 | | | | |
| DUQUESNE LIGHT COMPANY(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2752 | | | | |
| WH BURKLEY LLP(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | * * * N O N E * * * | | | |

TOTAL PAID TO CREDITORS 129,074.78

| | |
|---|---|
| TOTAL CLAIMED | |
| PRIORITY | 1,351.77 |
| SECURED | 90,822.46 |
| UNSECURED | 0.00 |

Date: 08/25/2026

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA 15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>ROBERT U. HANDLOW, JR.<br><br>Debtor(s)<br><br>Ronda J. Winnecour<br>Movant<br>vs.<br>No Repondents. | Case No.:24-20004 JAD<br><br>Chapter 13<br><br>Document No.: |

ORDER OF COURT

AND NOW, this _______________day of __________________, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminate and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court’s registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee’s Final Report and Account (the “Final Report”). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

______________________________
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

In re: Case No. 24-20004-JAD

Robert U. Handlow, Jr. Chapter 13

Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2 User: auto Page 1 of 2

Date Rcvd: Aug 26, 2026 Form ID: pdf900 Total Noticed: 20

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 28, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Robert U. Handlow, Jr., 415 Shingiss Street, Mc Kees Rocks, PA 15136-2782 |
| cr | + | BOROUGH OF MCKEES ROCKS AND STO-ROX SD, c/o Joseph J. Perotti, Jr., Esquire, 525 William Penn Place, Suite 3110, Pittsburgh, PA 15219 UNITED STATES 15219-1753 |
| cr | + | Pine-Richland School District, c/o Joseph J. Perotti, Jr., Esquire, 525 William Penn Place, Suite 3110, Pittsburgh, PA 15219 UNITED STATES 15219-1753 |
| br | + | Rachel Blotzer, Century 21 Fairways, 1001 Route 30, Irwin, PA 15642-3758 |
| cr | + | Richland Township, c/o Joseph J. Perotti, Jr., Esquire, 525 William Penn Place, Suite 3110, Pittsburgh, PA 15219 UNITED STATES 15219-1753 |
| cr | + | Sto-Rox School District, c/o Jeffrey R. Hunt, Esquire, 525 William Penn Place, Suite 3110, Pittsburgh, PA 15219 UNITED STATES 15219-1753 |
| cr | + | Township of Kennedy, c/o Joseph J. Perotti, Jr., Esquire, 525 William Penn Place, Suite 3110, Pittsburgh, PA 15219 UNITED STATES 15219-1753 |
| 15684164 | + | Boro of Mckees Rocks/Sto-Rox School District, GRB Law, c/o Joseph J. Perotti, Jr., Esquire, 525 William Penn Place, Suite 3110, Pittsburgh, PA 15219-1753 |
| 15693036 | + | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 601 Grant Street, 9th Floor, Pittsburgh, PA 15219-4430 |
| 15684076 | + | Pine-Richland School District, GRB Law, c/o Joseph J. Perotti, Jr., Esquire, 525 William Penn Place, Suite 3110, Pittsburgh, PA 15219-1753 |
| 15684077 | + | Richland Township, GRB Law, c/o Joseph J. Perotti, Jr., Esquire, 525 William Penn Place, Suite 3110, Pittsburgh, PA 15219-1753 |
| 15686015 | + | Sto-Rox School District, GRB Law, c/o Jeffrey R. Hunt, Esquire, 525 William Penn Place, Suite 3110, Pittsburgh, PA 15219-1753 |
| 15684169 | + | Sto-Rox School District, GRB Law, c/o Joseph J. Perotti, Jr., Esquire, 525 William Penn Place, Suite 3110, Pittsburgh, PA 15219-1753 |
| 15684184 | + | Township of Kennedy, GRB Law, c/o Joseph J. Perotti, Jr., Esquire, 525 William Penn Place, Suite 3110, Pittsburgh, PA 15219-1753 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: ebnjts@grblaw.com | Aug 27 2026 02:22:00 | County Of Allegheny, c/o Joseph J. Perotti, Jr., Esquire, 525 William Penn Place, Suite 3110, Pittsburgh, PA 15219, UNITED STATES 15219-1753 |
| 15684166 | + | Email/Text: ebnjts@grblaw.com | Aug 27 2026 02:22:00 | Borough of McKees Rocks, GRB Law, c/o Joseph J. Perotti, Jr., Esquire, 525 William Penn Place, Suite 3110, Pittsburgh, PA 15219-1753 |
| 15671461 | | Email/Text: BKBCNMAIL@carringtonms.com | Aug 27 2026 02:22:00 | Carrington Mortgage Services, P.O. Box 3010, Anaheim, CA 92803 |
| 15684185 | + | Email/Text: ebnjts@grblaw.com | Aug 27 2026 02:22:00 | County of Allegheny, GRB Law, c/o Joseph J. Perotti, Jr., Esquire, 525 William Penn Place, Suite 3110, Pittsburgh, PA 15219-1753 |
| 15671462 | ^ | MEBN | Aug 27 2026 02:20:21 | Wells Fargo Bank, c/o KML Law Group, P.C., Suite 5000, 701 Market Street, Philadelphia, PA 19106-1541 |
| 15679091 | + | Email/Text: BKBCNMAIL@carringtonms.com | Aug 27 2026 02:22:00 | Wells Fargo Bank N.A., at. el, c/o Carrington Mortgage Services, LLC, 500 N. State College Blvd., Suites 1030, 1300, 1400, Orange, CA 92868-1604 |

District/off: 0315-2 | User: auto | Page 2 of 2
Date Rcvd: Aug 26, 2026 | Form ID: pdf900 | Total Noticed: 20

TOTAL: 6

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Wells Fargo Bank N.A., as Trustee for Carrington M |
| cr | | Wells Fargo Bank N.A., as Trustee for Carrington M |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 601 Grant Street, 9th Floor, Pittsburgh, PA 15219-4430 |

TOTAL: 2 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 28, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 25, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brent J. Lemon | on behalf of Creditor Duquesne Light Company blemon@bernsteinlaw.com aepiscopo@bernsteinlaw.com;agilbert@bernsteinlaw.com |
| Jeffrey Hunt | on behalf of Creditor Sto-Rox School District jhunt@grblaw.com skrizanic@grblaw.com;ecfweiss@grblaw.com |
| Joseph James Perotti, Jr | on behalf of Creditor County Of Allegheny rmonti@grblaw.com KNicely@grblaw.com;rmonti@grblaw.com |
| Joseph James Perotti, Jr | on behalf of Creditor Pine-Richland School District rmonti@grblaw.com KNicely@grblaw.com;rmonti@grblaw.com |
| Joseph James Perotti, Jr | on behalf of Creditor Township of Kennedy rmonti@grblaw.com KNicely@grblaw.com;rmonti@grblaw.com |
| Joseph James Perotti, Jr | on behalf of Creditor Richland Township rmonti@grblaw.com KNicely@grblaw.com;rmonti@grblaw.com |
| Joseph James Perotti, Jr | on behalf of Creditor BOROUGH OF MCKEES ROCKS AND STO-ROX SD rmonti@grblaw.com KNicely@grblaw.com;rmonti@grblaw.com |
| Matthew Fissel | on behalf of Creditor Wells Fargo Bank N.A. as Trustee for Carrington Mortgage Loan Trust Series 2006-NC3 Asset-Backed Pass-Through Certificates bkgroup@kmllawgroup.com, wbecf@brockandscott.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Rodney D. Shepherd | on behalf of Debtor Robert U. Handlow Jr. rodsheph@cs.com |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 11