**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: ROBERT U. HANDLOW, JR., | ) Bankr. No. 24-20004 JAD |
| | ) |
| Debtor. | ) |
| | ) Chapter 13 |
| ROBERT U. HANDLOW, JR., | ) |
| | ) Docket No. 110 |
| | ) |
| Movant, | ) Related to Docket No. 108 |
| | ) |
| vs. | ) Hearing Date & Time: |
| | ) |
| NO RESPONDENTS. | ) |

**DEBTOR'S CERTIFICATION OF DISCHARGE ELIGIBILITY**

(1) The Debtor has made all payments required by the Chapter 13 Plan.

(2) The Debtor is not required to pay any Domestic Support Obligations.

(3) The Debtor is entitled to a discharge under the terms of Section 1328 of the Bankruptcy Code. The Debtor has not received a prior discharge in a bankruptcy case within the time frames specified in Section 1328(f)(2) of the Bankruptcy Code. Section 1328(h) of the Bankruptcy Code does not render the Debtors ineligible for a discharge.

(4) On 8/28/2026, at Docket Number 108, Debtor complied with the Federal Rule of Bankruptcy Procedure 1007© by filing or having entered an Order that exempts Debtor from obtaining a financial management certificate.

(5) This Certification is being signed under penalty of perjury by: Undersigned Counsel duly questioned Robert U. Handlow, Jr. about the statements in this Certification and verified the answers in support of this Certification.

By: /s/ Rodney D. Shepherd

Rodney D. Shepherd
Attorney for the Debtor
2403 Sidney Street, Suite 208
Pittsburgh, PA 15203
rodsheph@cs.com
(412) 471-9670
PA I.D. No. 56914

Dated: 8/30/2026