**Fill in this information to identify the case:**

Debtor 1    Robert U. Handlow Jr.

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the:    Western District of Pennsylvania (Pittsburgh)
                                                                                                            (State)

Case number    24-20004

Official Form 410S1

# Notice of Mortgage Payment Change    12/15

**If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due.** See Bankruptcy Rule 3002.1.

**Name of creditor:**    Wells Fargo Bank N.A., as Trustee for Carrington Mortgage Loan Trust Series 2006-NC3 Asset-Backed Pass-Through Certificates

**Court claim no.** (if known):    1

**Last 4 digits** of any number you use to identify the debtor's account:    XXXXXX9199

**Date of payment change:**
Must be at least 21 days after date of this notice    3/01/2025

**New total payment:**    $ 1,143.31
Principal, interest, and escrow, if any

## Part 1: Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**

   ☐ No
   ☑ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   **Current escrow payment:**    $ 395.40      **New escrow payment:**    $ 410.52

## Part 2: Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

   ☑ No
   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   **Current interest rate** _____ %      **New interest rate:** _____ %

   **Current principal and interest payment:** $ _____      **New principal and interest payment:** $ _____

## Part 3: Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

☑ No

☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (*Court approval may be required before the payment change can take effect.*)

Reason for change: _____

**Current mortgage payment:**  $ _____     **New mortgage payment:**  $ _____

| Debtor 1 | Robert U. Handlow Jr. | | Case number (*if known*) 24-20004 |
|---|---|---|---|
| | First Name    Middle Name    Last Name | | |

---

### Part 4:  Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box:*

☐ I am the creditor.

☑ I am the creditor's attorney or authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief:**

✗ /s/ Randall Miller
Signature                                                                                    Date  January,15, 2025

Print:     Randall Miller                                                        Title    Agent
           First Name    Middle Name    Last Name

Company    Carrington Mortgage Services, LLC

Address    43252 Woodward Avenue, Suite180
           Number            Street

           Bloomfield Hills, MI 48302
           City                         State        ZIP Code

Contact phone    (248) 335-9200    Email    bankruptcy@rsmalaw.com

---

**Carrington** mortgage services, llc
NMLS ID #2600

1600 South Douglass Road
Suites 110 & 200-A
Anaheim, CA 92806

# Your Escrow Statement

Property Address: 415 SHINGISS STREET
MCKEES ROCKS, PA 15136-0000

**Statement Date: 12/27/24**
**Loan number:**

**Important information inside!**

0086726   SP        0054       -C02-P00000-I

ROBERT U HANDLOW JR
2403 SIDNEY STREET, SUITE 245
PITTSBURGH         PA 15203

**Questions?**
**1-800-561-4567**
www.CarringtonMortgage.com



Paperless Protects Your Privacy. Sign up today.

## Thank you for being the best part of our Carrington family.

You are receiving this statement because we have completed your escrow analysis review.

Your escrow account is an account that we manage on your behalf to pay for your insurance and taxes. For more information and resources regarding escrow, login to your Carrington Account and select "Escrow Summary" under "Customer Request" on the left menu.

### YOUR NEW PAYMENT:   EFFECTIVE 03/01/25

| | CURRENT PAYMENT | NEW PAYMENT | CHANGE |
|---|---|---|---|
| Principal & interest | $774.54 | $732.79 | -$41.75 |
| Escrow payment | $395.40 | $410.52 | $15.12 |
| **Total** | **$1,169.94** | **$1,143.31** | **-$26.63** |

**ANALYSIS SUMMARY**

You have a surplus of:

**$23,739.39**

The loan is not contractually current, the surplus funds listed may not be actual funds within the escrow account.

### Your escrow payment over the next 12 months:

We estimate your total taxes and/or insurance payments to be $4,926.35 for the next 12 months. Here is how we calculated your new monthy escrow payment:

| | |
|---|---|
| Home insurance | $719.28 |
| County tax | $451.96 |
| School tax | $2,856.94 |
| City tax | $898.17 |
| Total escrow | $4,926.35 |

| | |
|---|---|
| Total escrow | $4,926.35 |
| Divided by 12 months | 12 |
| New monthly escrow payment | $410.52 |

**Statement Date: 12/27/24**
**Loan number:**

Any changes to your taxes and insurance are determined by your taxing authorities and insurance providers, not Carrington Mortgage Services, LLC.

## PROJECTED ESCROW ACTIVITY 03/25 – 02/26

| DATE | PAYMENT TO ESCROW | ESTIMATED DISBURSEMENT | DESCRIPTION | PROJECTED ESCROW BALANCE | REQUIRED ESCROW BALANCE |
|---|---|---|---|---|---|
| | | | BEGINNING BALANCE: | **$26,664.02** | **$2,924.63** |
| 03/25 | $410.52 | **$59.94** | Home insurance | $26,562.64 | $2,823.25 |
| | - | **$451.96** | County tax | - | - |
| 04/25 | $410.52 | **$59.94** | Home insurance | $26,015.05 | $2,275.66 |
| | - | **$898.17** | City tax | - | - |
| 05/25 | $410.52 | **$59.94** | Home insurance | $26,365.63 | $2,626.24 |
| 06/25 | $410.52 | **$59.94** | Home insurance | $26,716.21 | $2,976.82 |
| 07/25 | $410.52 | **$59.94** | Home insurance | $27,066.79 | $3,327.40 |
| 08/25 | $410.52 | **$59.94** | Home insurance | $24,560.43 | $821.04 |
| | - | **$2,856.94** | School tax | - | - |
| 09/25 | $410.52 | **$59.94** | Home insurance | $24,911.01 | $1,171.62 |
| 10/25 | $410.52 | **$59.94** | Home insurance | $25,261.59 | $1,522.20 |
| 11/25 | $410.52 | **$59.94** | Home insurance | $25,612.17 | $1,872.78 |
| 12/25 | $410.52 | **$59.94** | Home insurance | $25,962.75 | $2,223.36 |
| 01/26 | $410.52 | **$59.94** | Home insurance | $26,313.33 | $2,573.94 |
| 02/26 | $410.52 | **$59.94** | Home insurance | $26,663.91 | $2,924.52 |

**Lowest Projected Balance (08/25)**
**$24,560.43**

**Lowest Projected Balance =** the lowest projected point over your 12 month analysis period. This number represents the running balance in your escrow account estimated by your monthly payments to escrow minus any tax and insurance disbursements made on your behalf.

−

**Minimum Amount Required**
**$821.04**

**Minimum Amount Required =** two months of escrow payments, excluding mortgage insurance, to account for any tax and insurance increases. This amount is regulated by the Real Estate Settlement Procedures Act (RESPA), your mortgage contract, or state law.

=

**Escrow Surplus Amount**
**$23,739.39**

**Escrow Surplus Amount =** the difference between your lowest projected balance and the minimum amount required determines if there is a shortage or surplus in your escrow account.



**Statement Date: 12/27/24**
**Loan number:**

# ESCROW ACCOUNT HISTORY  02/24 – 01/25

| | PAYMENTS TO ESCROW | | PAYMENTS FROM ESCROW | | | | ESCROW BALANCE | |
|---|---|---|---|---|---|---|---|---|
| Date | Projected | Actual | Projected | Description | Actual | Description | Projected | Actual |
| | | | | | | BEGINNING BALANCE: | $2,468.11 | -$ 59,098.18 |
| 02/24 | $395.40 * | - | $59.94 | Home insurance | $59.94 | Home insurance | $2,803.57 | -$59,158.12 |
| 03/24 | $395.40 * | - | $59.94 | Home insurance | $451.96 | County tax | $2,687.07 | -$59,670.02 |
| | | | $451.96 | County tax | $59.94 | Home insurance | | |
| 04/24 | $395.40 * | - | $59.94 | Home insurance | $898.17 | City tax | $2,124.36 | -$60,628.13 |
| | | | $898.17 | City tax | $59.94 | Home insurance | | |
| 05/24 | $395.40 * | $24,042.00 | $59.94 | Home insurance | $59.94 | Home insurance | $2,459.82 | -$36,646.07 |
| 06/24 | $395.40 * | - | $59.94 | Home insurance | $59.94 | Home insurance | $2,795.28 | -$36,706.01 |
| 07/24 | $395.40 * | $10,383.96 | $59.94 | Home insurance | $59.94 | Home insurance | $3,130.74 | -$26,381.99 |
| 08/24 | $395.40 * | - | $59.94 * | Home insurance | $2,856.94 | School tax | $790.80 | -$29,298.87 |
| | | | $2,675.40 | School tax | $59.94 | Home insurance | | |
| 09/24 | $395.40 * | - | $59.94 | Home insurance | $59.94 | Home insurance | $1,126.26 | -$29,358.81 |
| 10/24 | $395.40 * | $7,787.97 | $59.94 | Home insurance | $59.94 | Home insurance | $1,461.72 | -$21,630.78 |
| 11/24 | $395.40 * | - | $59.94 | Home insurance | $59.94 | Home insurance | $1,797.18 | -$21,690.72 |
| 12/24 | $395.40 | - | $59.94 | Home insurance | $59.94 | Home insurance | $2,132.64 | -$21,750.66 |
| 01/25 | $395.40 | - | $59.94 | Home insurance | - | | $2,468.10 | -$21,750.66 |
| Total | $4,744.80 | $42,213.93 | $4,744.81 | | $4,866.41 | | | |

An asterisk (*) marks any difference from what was projected in either the amount or date.

### Anticipated escrow disbursements up to escrow analysis effective date:

| 01/25 | $59.94 | Home insurance |

If the account is not current and has outstanding payments owed, any surplus funds in the escrow account will be held until the next escrow review. If there are past due amounts, please contact us for options to bring the account current. We understand that unforeseen circumstances can have significant impact to our lives, and we are here to help.



For more information and resources regarding escrow, login to your Carrington Account and select **"Escrow Summary"** under **"Customer Request"** on the left menu.

You can also check out our **www.CarringtonMortgage.com/learningcenter** and search "Escrow" for additional resources.

If you prefer to speak with someone, please contact our customer service team at 1-800-561-4567.



# ADDITIONAL INFORMATION

**VERBAL INQUIRIES & COMPLAINTS**

For verbal inquiries and complaints about your mortgage loan, please contact the CUSTOMER SERVICE DEPARTMENT for Carrington Mortgage Services, LLC, by calling 1-800-561-4567. The CUSTOMER SERVICE DEPARTMENT for Carrington Mortgage Services, LLC is toll free and you may call from 8:00 a.m. to 9:00 p.m. Eastern Time, Monday through Friday. You may also visit our website at www.CarringtonMortgage.com.

**IMPORTANT BANKRUPTCY NOTICE**

If you have been discharged from personal liability on the mortgage because of bankruptcy proceedings and have not reaffirmed the mortgage, or if you are the subject of a pending bankruptcy proceeding, this letter is not an attempt to collect a debt from you but merely provides informational notice regarding the status of the loan. If you are represented by an attorney with respect to your mortgage, please forward this document to your attorney.

**CREDIT REPORTING AND DIRECT DISPUTES**

We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report. As required by law, you are hereby notified that a negative credit report reflecting on your credit record may be submitted to a credit reporting agency if you fail to fulfill the terms of your credit obligations. If you have concerns regarding the accuracy of any information contained in a consumer report pertaining to this account, you may send a direct dispute to Carrington Mortgage Services, LLC by fax to 1-800-486-5134 or in writing to Carrington Mortgage Services, LLC, and Attention:Customer Service, P.O. Box 5001, Westfield, IN 46074. Please include your loan number on all pages of the correspondence.

**MINI MIRANDA**

This communication is from a debt collector and it is for the purpose of collecting a debt and any information obtained will be used for that purpose. This notice is required by the provisions of the Fair Debt Collection Practices Act and does not imply that we are attempting to collect money from anyone who has discharged the debt under the bankruptcy laws of the United States.

**HUD COUNSELOR INFORMATION**

If you would like counseling or assistance, you may obtain a list of HUD-approved homeownership counselors or counseling organizations in your area by calling the HUD nationwide toll-free telephone number at 1-800-569-4287 or toll-free TTY 1-800-877-8339, or by going to http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm. You can also contact the CFPB at 1-855-411-2372, or by going to www.consumerfinance.gov/find-a-housing-counselor.

**EQUAL CREDIT OPPORTUNITY ACT NOTICE**

The Federal Equal Credit Opportunity Act prohibits creditors from discriminating against credit applicants on the basis of race, color, religion, national origin, sex, marital status, or age (provided the applicant has the capacity to enter into a binding contract); because all or part of the applicant's income derives from any public assistance program; or because the applicant has, in good faith, exercised any right under the Consumer Credit Protection Act. The Federal Agency that administers Carrington Mortgage Services, LLC's compliance with this law is the Federal Trade Commission. Equal Credit Opportunity. Washington, DC 20580.

**SCRA DISCLOSURE- MILITARY PERSONNEL/SERVICEMEMBERS**

If you or your spouse is a member of the military, please contact us immediately. The federal Servicemembers Civil Relief Act and comparable state laws afford significant protections and benefits to eligible military service personnel, including protections from foreclosure as well as interest rate relief. For additional information and to determine eligibility please contact our Military Assistance Team toll free at 1-888-267-5474.

**NOTICES OF ERROR AND INFORMATION REQUESTS, QUALIFIED WRITTEN REQUESTS (QWR)**

Written complaints and inquiries classified as Notices of Error and Information Requests or QWRs must be submitted to Carrington Mortgage Services, LLC by fax to 1-800-486-5134, or in writing to Carrington Mortgage Services, LLC, and Attention: Customer Service, P.O. Box 5001, Westfield, IN 46074. Please include your loan number on all pages of the correspondence. You have the right to request documents we relied upon in reaching our determination. You may request such documents or receive further assistance by contacting the Customer Service Department for Carrington Mortgage Services, LLC toll free at 1-800-561-4567, Monday through Friday, 8:00 a.m. to 9:00 p.m. Eastern Time. You may also visit our website at www.CarringtonMortgage.com.

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA (PITTSBURGH)

In Re:  Case No: 24-20004 - Chapter: 13
Judge: Carlota M. Bohm

Robert U. Handlow Jr.

Debtor

## CERTIFICATE OF SERVICE

The undersigned states that on January 15, 2025, copies of the **Notice of Mortgage Payment Change** were served upon the following parties via first class mail, with proper postage affixed thereto the Debtors and via the Court's CM-ECF electronic filing system to the Debtor's Attorney and Chapter 13 Trustee.

| | | |
|---|---|---|
| Robert U. Handlow Jr.<br>415 Shingiss Street<br>Mc Kees Rocks, PA 15136 | Debtor's Attorney<br>Rodney Shepherd<br>2403 Sidney St<br>Suite 208<br>Pittsburgh, PA 15203 | Chapter 13 Trustee<br>Ronda J. Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219 |
| | | U.S. TrusteeOffice of the United States Trustee<br>1000 Liberty Ave.<br>Suite 1316<br>Pittsburgh, PA 15222 |

The above is true to the best of my information, knowledge and belief.

Signed: */s/* Randall Miller

Randall Miller
43252 Woodward Avenue, Suite 180
Bloomfield Hills, MI 48302
Telephone (248) 335-9200