**Fill in this information to identify the case:**

Debtor 1 :   Robert U. Handlow, Jr.

Debtor 2  :
(Spouse, if filing)

United States Bankruptcy Court for the:   WESTERN          District of:   PENNSYLVANIA

Case number:   24-20004-CMB

Official Form 410S1

# Notice of Mortgage Payment Change

12/25

**If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due.** See Bankruptcy Rule 3002.1.

**Name of Creditor:**   Wells Fargo Bank N.A., As Trustee For  Carrington Mortgage Loan Trust Series 2006-Nc3 Asset Backed Pass-Through Certificates

**Court Claim No. (if known):**   1

**Last 4 digits** of any number you use to identify the debtors account:   9199

**Date of Payment change:**

Must be at least 21 days after date of this notice   06/01/2026

**New total Payment:**
Principal, interest, and escrow, if any   1,156.75
*For HELOC payment amounts, see Part 3*

---

**Part 1:**  **Escrow Account Payment Adjustment**

1.  **Will there be a change in the debtor's escrow account payment?**

    [X]  No

    [ ]  Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law.  Describe the basis for the change.  If a statement is not attached, explain why: _____

    Current escrow payment: _____    New escrow payment: _____

**Part 2:**  **Mortgage Payment Adjustment**

2.  **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

    [ ]  No

    [X]  Yes.  Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law.  If a notice is not attached, explain why: _____

    Current interest rate:   11.625 %    New interest rate:   11.5 %

    Current principal and interest payment:  721.34    New principal and interest payment:  717.69

**Part 3:**  **Annual HELOC Notice**

3.  **Will there be a change in the debtor's home-equity line-of-credit (HELOC) payment for the year going forward?**

    [X]  No

    [ ]  Yes.

    Current HELOC payment: _____

    Reconciliation amount:   +_____ or

                             -_____

Debtor 1    Robert U. Handlow, Jr.                                          Case Number  (if known)    24-20004-CMB

---

| Amount of next payment (including reconciliation amount): | _____ |
| Amount of the new payment thereafter (without reconciliation amount): | _____ |

**Part 4:**     **Other Payment Change**

4.    **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

☒ No

☐ Yes.  Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.
*(Court approval may be required before the payment change can take effect.)*

Reason for change:    _____

**Current mortgage payment:**    _____          **New mortgage payment:**    _____

**Part 5:**     **Sign Here**

The person completing this Notice must sign it.  Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

**X** */s/ Christine Kinderdine*                                  Date:   04/28/2026
    Signature

Print:    Christine Kinderdine                                   Title: Authorized Agent
        First Name        Middle Name        Last Name

Company:    Liepold, Harrison & Associates, PLLC

Address:    370 W. Las Colinas Blvd., Suite 220
        Number        Street

        Irving            TX            75039
        City            State        ZIP Code

Contact Phone:  800-349-1254                                   Email: PCNInquiries@lha-law.com

---

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

*In Re:*                                                            **Case No.** 24-20004-CMB

  Robert U. Handlow, Jr.

        **Debtor(s)**                                              **Chapter 13**

**CERTIFICATE OF SERVICE**

I hereby certify that on   04/28/2026  , a true and correct copy of the foregoing was served upon all interested parties to the Court's CM/ECF system and/or First Class U.S. Mail.

/s/ Christine Kinderdine

Christine Kinderdine
Liepold, Harrison & Associates, PLLC
370 W. Las Colinas Blvd., Suite 220
Irving, TX 75039

### Debtor

Robert U. Handlow, Jr.
415 Shingiss Street
Mc Kees Rocks, PA 15136
ALLEGHENY-PA

### Debtor's Counsel

Rodney D. Shepherd
River Park Commons
2403 Sidney Street, Suite 208
Pittsburgh, PA 15203

### Trustee

Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219

### U.S. Trustee

Office of the United States Trustee
1000 Liberty Avenue
Suite 1316
Pittsburgh, PA 15222

# Carrington

mortgage services, llc

NMLS ID #2600

P.O. Box 3489
Anaheim, CA 92803
1-800-561-4567

ROBERT U HANDLOW JR
2403 SIDNEY STREET, SUITE 245
PITTSBURGH, PA 15203-2182

April 11, 2026

Re: Carrington Loan #: ▮▮▮▮▮▮

## CHANGES TO YOUR MORTGAGE INTEREST RATE AND PAYMENTS ON MAY 1, 2026

Under the terms of your Adjustable-Rate Mortgage (ARM), you had a 6-month period during which your interest rate stayed the same. That period ends on May 1, 2026, so on that date your interest rate and mortgage payment change. After that, your interest rate may change every 6 months for the rest of your loan term.

|  | **Current** Rate and (monthly) Payment | **New** Rate and (monthly) Payment |
|---|---|---|
| Interest Rate | 11.62500% | 11.50000% |
| Principal | $224.66 | $228.50 |
| Interest | $496.68 | $489.19 |
| Escrow (Taxes and Insurance) | $439.06 | $439.06 |
| **Total (monthly) Payment** | **$1,160.40** | **$1,156.75 (due 06/01/26)** |

**Interest Rate:** We calculated your interest rate by taking a published "index rate" and adding a certain number of percentage points, called the "margin". Under your loan agreement, your index rate is CME SIX MONTH SOFR FBD and your margin is 7.35000%. The CME SIX MONTH SOFR FBD is published monthly in FTSE USD IBOR.

**Rate Limit(s):** Your rate cannot go higher than 17.45000% over the life of the loan. Your rate can change every 6 months by no more than 1.00000% .

**New Interest Rate and Monthly Payment:** The table above shows your new interest rate and new monthly payment. Your new payment is based on the CME SIX MONTH SOFR FBD, your margin, index rounding nearest of 0.12500%, your loan balance of $51,045.93, and your remaining loan term of 120 months.

ARM Change Notice

**Prepayment Penalty:** None

For more information, inquires and complaints about your mortgage loan, please contact our CUSTOMER SERVICE DEPARTMENT by writing to Carrington Mortgage Services, LLC, Attention: Customer Service, P.O. Box 3489, Anaheim, CA 92803, or calling 1-800-561-4567. Please include your loan number on all pages of correspondence. The CUSTOMER SERVICE DEPARTMENT for Carrington Mortgage Services, LLC is toll free and you may call from 8:00 AM to 8:00 PM, Eastern Standard Time, Monday through Friday. You may also visit our website at www.CarringtonMortgage.com.

Sincerely,


Loan Servicing Department
Carrington Mortgage Services, LLC